UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

United States of America,

                Plaintiff(s),

 -against-

$60,000.00 in United States Currency,

               Defendant(s).

_____X

07 Civ. 03528 (CM) (FM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Frank Maas, United States Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___✓__ Discovery Supervision

_____ Specific Non-Dispositive Motion/Dispute:*

    _____

    _____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Habeas Corpus

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Social Security

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

    _____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 5/9/07
    New York, New York

SO ORDERED

Hon. Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
5/9/07