**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :    NOTICE OF MOTION FOR
                                         ENTRY OF A DEFAULT
                                    :    JUDGMENT

        - v -                       :

$60,000.00 IN UNITED STATES         :    07 Civ. Civ. 3528 (CM)
CURRENCY,
                                    :

        Defendant-in-rem.           :
------------------------------------X

THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT TO FORFEIT THE DEFENDANT IN REM. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE JUNE 25, 2008, THE COURT WILL ENTER A DEFAULT JUDGMENT ORDERING FORFEITURE OF THE DEFENDANT IN REM. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AND THE PROPERTY WILL BE FORFEITED TO THE UNITED STATES. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

PLEASE TAKE NOTICE that upon the declaration of Anna E. Arreola, Assistant United States Attorney, dated June 5, 2008;

upon the Clerk's Certification of default; upon the accompanying proposed Default Judgment; and upon all prior proceedings herein; plaintiff will move this Court before the Honorable Colleen McMahon, United States District Judge, United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, New York 10007, on submission, for an order pursuant to Rule 55(b)(2) of the Federal rules of Civil Procedure granting default judgment on favor of the plaintiff, United States of America, and forfeiting the defendant-in-rem to the United States of America and for such other relief as is just and proper.

Dated:   New York, New York
         June 5, 2008

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of new York
Attorney for Plaintiff
United States of America

By: _____/s/_____
    ANNA E. ARREOLA
    Assistant U.S. Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Telephone: (212)637-2218

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern Dis1trict of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza, 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

       Plaintiff,            :

       - v -                 :      CLERK'S CERTIFICATION
                                                    07 Civ. 3528 (CM)
$60,000.00 IN UNITED STATES         :
CURRENCY,
                                            :

       Defendant-in-rem.
------------------------------------x

       I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the verified complaint herein was filed on May 2, 2007, and that proof of publication was filed in the Clerk's office on September 5, 2007. No party has filed a claim or answer or otherwise moved with respect to the defendant-in-rem, and the time to file a claim with respect to the said property has expired. The default of all persons is hereby noted.

Dated:    New York, New York
             June ___, 2008

                                                         J. Michael McMahon
                                                          CLERK OF THE COURT