THE WALL STREET JOURNAL.

*Monday, January 29, 2007*

# LEGAL NOTICE ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United Stat Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Se Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may conte DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release shall be deemed filed with the Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic m of suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

**FIRST NOTICE**
**LAST DATE TO FILE MARCH 15, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
07-DEA-477131, 1999 Cadillac Deville, 1G6KD54Y7XU732382, Anchorage, AK, Pate, Joshua Elijah, 11/30/06
07-DEA-477601, 1997 Dodge 2500 Diesel Pickup w/Western Plow Snow, Ser No 1B7KF26D3VJ514097; and Ser No B1035573, Anchorage, AK, Mtu, Yin Tok, 12/18/06
**MIDDLE DISTRICT OF ALABAMA**
07-DEA-476883, $6,005.00 U.S. Currency, Montgomery, AL, Echols, Malcolm, 12/04/06
07-DEA-476982, $11,210.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06
07-DEA-476989, $6,843.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06
07-DEA-476978, $3,955.00 U.S. Currency, Montgomery, AL, Dorsey, Antoine, 11/30/06
07-DEA-477292, $153,280.00 U.S. Currency, Montgomery, AL, Gamles, Rone, 12/11/06
07-DEA-477347, $3,880.00 U.S. Currency, Montgomery, AL, Gamles, Raul, 12/11/06
**SOUTHERN DISTRICT OF ALABAMA**
07-DEA-477097, $1,217,955.00 U.S. Currency, Baldwin County, AL, Armijo, Maurice Jonathan AKA Orozco, Mnagyr Francisco, 12/10/06
07-DEA-477098, 2006 Ford F350 Supercab XL, 1FTWX31P86EC80580, Baldwin County, AL, Armijo, Maurice Jonathan AKA Orozco, Mnagyr Francisco, 12/10/06
**EASTERN DISTRICT OF ARKANSAS**
07-DEA-477253, $2,843.00 U.S. Currency, Little Rock, AR, Turner, Keith, 12/07/06
**DISTRICT OF ARIZONA**
07-DEA-477006, 2004 Chevrolet Suburban, 1GNFK16Z4J143447, Tucson, AZ, Rosas, Ana, 12/07/06
07-DEA-477617, $4,615.00 U.S. Currency, Marana, AZ, Molinares-Nunez, Carlos, 12/09/06
07-DEA-477621, 2002 Dodge Ram 1500 Truck, 1D7HU18Z82J186079, Phoenix, AZ, Cano, Eva, 12/14/06
**CENTRAL DISTRICT OF CALIFORNIA**
06-DEA-473212, $46,940.00 U.S. Currency, Whittier, CA, Cortez, Jubelina AKA Cortez-Medina, Jubelina, 09/14/06
07-DEA-474482, $65,287.00 U.S. Currency, Los Angeles, CA, Rodriguez, Hector, 10/07/06
07-DEA-477177, 2001 Dodge Dakota Pickup Truck, 1B7GL22X31S132882, Lancaster, CA, Bustamante, Mario, 11/22/06
07-DEA-477187, $7,660.00 U.S. Currency, Los Angeles, CA, Wilson, Isaac H., 12/04/06
07-DEA-477184, $336,090.00 U.S. Currency, Lancaster, CA, Bustamante, Mario, 11/22/06
07-DEA-477191, $23,980.00 U.S. Currency, Los Angeles, CA, Greenway, Christopher Jason, 12/11/06
07-DEA-477212, $12,500.00 U.S. Currency, Gardena, CA, Automotive Center, 12/13/06
07-DEA-477291, $7,202.00 U.S. Currency, Los Angeles, CA, McNary, Michael Kevin, 12/12/06
07-DEA-477298, $5,700.00 U.S. Currency, Los Angeles, CA, Holmes, Latasha, 12/12/06
07-DEA-477324, $5,020.00 U.S. Currency, Burbank, CA, Cuevas, Jeremy, 12/15/06
07-DEA-477361, $15,000.00 U.S. Currency, Burbank, CA, Cuevas, Jeremy, 12/15/06
07-DEA-477391, $16,940.00 U.S. Currency, Los Angeles, CA, Tennison, Shemau, 12/13/06
07-DEA-477359, 2001 Infinity QX4 SUV, JNRDR09Y11W224099, Lake Forest, CA, Mims, Jennifer Cynthia, 12/14/06
07-DEA-477557, 2000 Chevrolet Monte Carlo SS, 2G1WX12K4Y9225641, Compton, CA, Lopez, Victor Manuel, 11/30/06
07-DEA-477558, 2002 Jeep Grand Cherokee Laredo, 1J4GX48NX2C190404, Compton, CA, Lopez, Victor Manuel, 11/30/06
07-DEA-477559, 2005 Ford F-250 Truck, 1FTSW21P75EC00558, Pomis, CA, Lopez, Victor Manuel, 11/29/06
**EASTERN DISTRICT OF CALIFORNIA**
07-DEA-476791, $20,000.00 U.S. Currency, Redding, CA, Robinson, Amaga, 11/08/06
07-DEA-477084, Black Sig Sauer Model P226 Semi Automatic Handgun, Ser No UG22212, VL: $425.00, Corcoran, CA, Posadas, Mario AKA Garcia, Pedro AKA Lara, Mario Manuel AKA Torrez, Pedro and Chacon, Manuel AKA Alcaraz, Jesus AKA Alcaraz, Jesus Garcia AKA Garcia, Jesus AKA Robles, Jesus AKA Valdivia-Rojas, Pedro, 10/26/06
**NORTHERN DISTRICT OF CALIFORNIA**
06-DEA-476807, Interarms Walther PPK, .380 ACP Handgun, Ser No A007936, VL: $113.00, San Francisco, CA, Dohonnes, Jose, 09/28/06
07-DEA-477077, $73,306.00 U.S. Currency, Geyserville, CA, Gutierrez, Fernando Rondon AKA Rondo, Fernando, 01/04/07
07-DEA-477229, $5,001.00 U.S. Currency, Fortuna, CA, Collins, Darrick, 12/06/06
07-DEA-477281, $225.00 U.S. Currency, Laytonville, CA, Augustyniak, Jason Fesher and Filey, Rhiannon Lynn, 11/16/06
07-DEA-477288, $1,980.00 U.S. Currency, Laytonville, CA, Augustyniak, Jason Foster and Filey, Rhiannon Lynn, 11/16/06
07-DEA-477290, 2003 Chevrolet Tahoe, 1GNEC13T53J248856, Petaluma, CA, Bertolucci, Joseph, 12/20/06
**SOUTHERN DISTRICT OF CALIFORNIA**
07-DEA-477270, 1991 Chevrolet Silverado Truck, 2GCEC19Z9M1244857, Westmorland, CA, Ramos-Beltran, Gudberto Amulfo, 11/21/06

07-DEA-477232, $6,132.00 U.S. Currency, Indianapolis, IN, Greene, Joseph, 11/22/06
**DISTRICT OF KANSAS**
07-DEA-476876, $6,975.00 U.S. Currency, Kansas City, KS, Davila, Jose Luis-Cruz, 12/04/06
07-DEA-477357, $25,900.00 U.S. Currency, Wichita, KS, Koehn, Terry C., 12/13/06
**EASTERN DISTRICT OF KENTUCKY**
07-DEA-476857, $30,000.00 U.S. Currency, Whitley City, KY, The Clerk of McCreary Circuit Court, 12/04/06
07-DEA-477217, $30,000.00 U.S. Currency, Hazard, KY, The Perry County Clerk's Office, 12/14/06
**DISTRICT OF MASSACHUSETTS**
07-DEA-476893, 2004 Ford F150 Pick Up Truck, 1FTRX14W54NC57607, Leominster, MA, Mayoral, Miguel, 11/11/06
07-DEA-476896, 2004 Cadillac Deville-V8, 1G6KD54Y84U239484, Fitchburg, MA, Araujo-Sabudi, Ariel, 11/27/06
**DISTRICT OF MARYLAND**
07-DEA-476886, $10,610.00 U.S. Currency, Baltimore, MD, Green, Antonio, 12/04/06
07-DEA-477144, $2,175.00 U.S. Currency, Elkridge, MD, Fleshman, Stephen Glen, 12/12/06
07-DEA-477417, $9,000.00 U.S. Currency, Baltimore, MD, Moore, Lenard Kay AKA Mood, Lenard Kay AKA Moore, Lenard AKA Moore, Linnard AKA Moore, Nard and Ortiz, Charles Robert AKA Charles, Robert AKA Ortiz II, Charles Robert AKA Ortiz II, Robert AKA Robert, Charles, 12/14/06
07-DEA-477585, Sandy Spring Bank, Account #1410282708, VL: $7,341.79, Laurel, MD, Burton, Christopher, 12/18/06
**DISTRICT OF MAINE**
07-DEA-477227, $13,400.00 U.S. Currency, Wells, ME, Dagenais, Adam, 12/05/06
**EASTERN DISTRICT OF MICHIGAN**
07-DEA-477093, $2,641.10 U.S. Currency, Detroit, MI, Lester, London M. AKA Lester, London AKA Lester, London Marlona AKA Lester, London Tony, 12/00/06
07-DEA-477259, $3,565.00 U.S. Currency, Shelby Township, MI, Rej, Grzegorz Stanislaw-Janusz, 12/14/06
07-DEA-477308, Assorted Weapons, (1) Hackler & Koch .40 caliber Semi-Automatic Handgun, Black, Ser No 28-008127; (1) Glock 27 .40 caliber Semi-Automatic Handgun, Black/Chrome, Ser No HWB487, VL: $700.00, Royal Oak, MI, Rej, Grzegorz Stanislaw-Janusz, 12/14/06
**DISTRICT OF MINNESOTA**
07-DEA-477101, $11,000.00 U.S. Currency, New Hope, MN, Montjoy, Lakasil Mykus, 11/30/06
**EASTERN DISTRICT OF MISSOURI**
07-DEA-475283, 2000 Pontiac Grand Prix, 1G2WJ52K2YF253106, Hazelwood, MO, West, Avery, 10/17/06
07-DEA-476307, 1972 Monte Carlo, 1H57J2R602828, Hazelwood, MO, West, Avery, 10/17/06
07-DEA-476712, 1972 Oldsmobile Cutlass Supreme 442, 3J57H2M102497, St. Louis, MO, Davis, Keith, 11/16/06
07-DEA-477015, $250,030.00 U.S. Currency, Cuba, MO, Pruente, Agustin, 12/07/06
07-DEA-477047, $1,500.00 U.S. Currency, Cuba, MO, Puente, Agustin, 12/07/06
07-DEA-477050, 2003 Peterbilt Model 378 Tractor, 1XPST89X03N584729, Cuba, MO, Puente, Agustin, 12/07/06
07-DEA-477054, 1999 Great Dane 53 Foot Reefer Trailer, 1GRAA9624XW014205, Cuba, MO, Puente, Agustin, 12/07/06
07-DEA-477105, 2003 Silver BMW 745Li, WBAGN63453DR18712, St. Louis, MO, Brimmer, R Us, 12/01/06
07-DEA-477133, $10,000.00 U.S. Currency, O'Fallon, MO, Gresham, Salassie and Johnson, Jose, 12/09/06
07-DEA-477198, $4,900.00 U.S. Currency, O'Fallon, MO, Johnson, Jose, 12/08/06
07-DEA-477209, $4,902.00 U.S. Currency, O'Fallon, MO, Gresham, Selassie, 12/09/06
**WESTERN DISTRICT OF MISSOURI**
07-DEA-476492, $602.00 U.S. Currency, Jefferson City, MO, Unidentified, 11/15/06
07-DEA-477129, $65,780.00 U.S. Currency, St Robert, MO, Taylor, Randolph, 12/14/06
07-DEA-477273, $329,870.00 U.S. Currency, Springfield, MO, Moreno, Ramiro, 12/15/06
**SOUTHERN DISTRICT OF MISSISSIPPI**
07-DEA-477248, $272,000.00 U.S. Currency, Pass Christian, MS, Marroquin, Miguel, 12/11/06
**MIDDLE DISTRICT OF NORTH CAROLINA**
07-DEA-477532, $8,900.00 U.S. Currency, Lexington, NC, Barr, Bernard Norvell, 12/27/06
07-DEA-477523, $1,020.00 U.S. Currency, Lexington, NC, McLendon, Carlos Cortez and Judd, Michael Wade, 12/27/06
**DISTRICT OF NEBRASKA**
07-DEA-477020, $175,100.00 U.S. Currency, Lancaster County, NE, Blessing, Matt and Normandin, Justin, 12/12/06
07-DEA-477240, $97,000.00 U.S. Currency, Omaha, NE, Ayala, Ignacio and Castellanos, Luis, 12/18/06
07-DEA-477241, 1997 Mercury Mountaineer, 4M2DU55P5VUJ37647, Omaha, NE, Ayala, Ignacio, 12/18/06
**DISTRICT OF NEW HAMPSHIRE**
07-DEA-476840, $8,693.00 U.S. Currency, Bedford, NH, Gorman, Lynn and Deane, Andrew, 12/08/06
07-DEA-476907, $3,182.00 U.S. Currency, Madison, NH, Fleury, Mark, 12/11/06
**DISTRICT OF NEW JERSEY**
07-DEA-476440, .45 Caliber Taurus International PT247 Pistol, Ser No NZB86048, VL: $100.00, Collingswood, NJ, Muhammad, Shaheem N., 12/21/06

Christopher Alphanso, 12/07/06
07-DEA-477287, 2005 Dodge Ram Pickup, 1D7HA18N15J547988, Grand Prairie, TX, Cedano, Fernando, 11/18/06
07-DEA-477349, $20,500.00 U.S. Currency, Fort Worth, TX, Hernandez, Ruben, 12/18/06
07-DEA-477596, $5,500.00 U.S. Currency, Arlington, TX, Martin, Rilland Dale, 12/15/06
07-DEA-477675, Springfield Armory V10 Ultra Compact Pistol, Ser No N419486, VL: $425.00, Arlington, TX, Hays, Jeremy Michael, 12/15/06
07-DEA-477680, Lorcin L380 Automatic Pistol, Ser No 161949, VL: $75.00, Arlington, TX, Martin, Rilland Dale, 12/15/06
07-DEA-477687, (5) Assorted Weapons, VL: $2,185.00, (1) Kel-Tec P32, Ser No C3F49; (1) Para-Ordinance P10-45, Ser No OM4078; (1) Beretta AL391 Xtrema2 3.5 12 gauge shotgun, Ser No AG007686; (1) Benelli Super Black Eagle 12 gauge shotgun, Ser No U232396; (1) Savage 220A single barrel 12 gauge shotgun, Ser No None, Fort Worth, TX, Martin, Rilland Dale, 12/15/06
**SOUTHERN DISTRICT OF TEXAS**
07-DEA-477278, 1999 Sterling AT9522 Tractor, 2FWYGSEB0XAA44820, Laredo, TX, Martin, Terry, 12/15/06
07-DEA-477294, $22,000.00 U.S. Currency, Laredo, TX, Martin, Terry, 12/16/06
07-DEA-477328, 2004 Ford F150, 2FTRX17244CA81594, Falfurrias, TX, Paredez, Jose, 11/29/06
07-DEA-477418, 2001 Ford F-350, 3FTSW30F01MA32670, Falfurrias, TX, Sepeda, Manuel, 12/14/06
07-DEA-477428, 2000 Kenworth Tractor, 1XKTDB9X4YJ045161, Falfurrias, TX, Cuellar, Sergio, 11/29/06
07-DEA-477431, 1998 Great Dane Trailer, 1GRAA9622TB017167, Falfurrias, TX, Cuellar, Sergio, 11/29/06
07-DEA-477485, $2,401.00 U.S. Currency, Falfurrias, TX, Pope, Chad Walter Dee, 12/18/06
07-DEA-477512, $7,700.00 U.S. Currency, Corpus Christi, TX, Garcia, Alfredo and Perez, Rosalinda, 12/18/06
07-DEA-477517, $4,000.00 U.S. Currency, Corpus Christi, TX, Garcia, Alfredo and Perez, Rosalinda, 12/18/06
07-DEA-477610, $12,282.00 U.S. Currency, McAllen, TX, Tullos, Robert Ryan, 12/21/06
07-DEA-477681, 2007 Chevrolet Trail Blazer, 1GNDS13S072119809, Falfurrias, TX, Miranda-Valencia, Sergio Hugo, 12/03/06
07-DEA-477709, $44,905.00 U.S. Currency, McAllen, TX, Unidentified, 12/21/06
07-DEA-477769, 20' Sharkboat w/115 HP Yamaha Motor, Ser No none, Corpus Christi, TX, Unknown, 11/24/06
**WESTERN DISTRICT OF TEXAS**
07-DEA-477285, 2004 Dodge Ram 3500 Dually Pickup, 3D7MA48C74G189449, Lockhart, TX, Perez, Matias, 12/04/06
07-DEA-477421, 2000 Suzuki GSX750F Street Motorcycle, JS1GR7GA5Y2100972, San Antonio, TX, Rangel, Shavonne, 12/07/06
**DISTRICT OF UTAH**
07-DEA-477490, Smith & Wesson .38 Revolver, Ser No 380201, VL: $80.00, Clearfield, UT, Uscanga, Marcos Antonio, 12/15/06
07-DEA-477496, 2005 Nissan Altima, 1N4BL11E05C168848, Kearns, UT, Palacios-Carranda, Emesto, 12/15/06
07-DEA-477504, 2000 Honda Civic SI, 1HGEJ1128YL048878, St. George, UT, Soto-Forno, Luis Enrique, 11/28/06
**EASTERN DISTRICT OF VIRGINIA**
07-DEA-477247, 1998 Lincoln Navigator, 5LMPU28L5WLJ11799, Rather Glen, VA, Mines, Alvin Levi, 12/12/06
07-DEA-477615, $17,019.00 U.S. Currency, Newport News, VA, Banks, Isaac Ivan, 12/17/06
07-DEA-477624, $8,260.00 U.S. Currency, Hampton, VA, Parker, Linwood Cole, 12/17/06
**DISTRICT OF VERMONT**
07-DEA-477018, $2,100.00 U.S. Currency, South Burlington, VT, Ubbjahra, Jacob, 12/11/06
07-DEA-477033, $8,000.00 U.S. Currency, South Burlington, VT, Clement, Andrew, 12/11/06
07-DEA-477035, $29,900.00 U.S. Currency, Randolph, VT, LaRosa, Anthony, 12/18/06
**EASTERN DISTRICT OF WASHINGTON**
07-DEA-474842, $84,660.00 U.S. Currency, Ellensburg, WA, Serrano-Ortiz, Efren, 10/21/06
**WESTERN DISTRICT OF WASHINGTON**
07-DEA-477120, Sony Digital 8 Handycam Camcorder, VL: $270.00, Ser No 474885, Burlington, WA, Castro-Ochoa, Carlos and Ruiz Valdez, Edgar and Garcia-Alpanche, Gerardo, 12/01/06
07-DEA-477126, Sony Digital 8 Handycam Camcorder, Ser No 395792, VL: $270.00, Mount Vernon, WA, Mendez-Sanchez, Roberto, 12/01/06
**EASTERN DISTRICT OF WISCONSIN**
07-DEA-475865, $10,000.00 U.S. Currency, Oak Creek, WI, Doria, Doris L AKA Lopez, Doris and Matos, Nathanael, 11/16/06
07-DEA-475867, $4,100.00 U.S. Currency, Oak Creek, WI, Doria, Doris L AKA Lopez, Doris, 11/16/06
07-DEA-476822, Cashier's Check #734303694, Chase Bank, VL: $25,000.00, Kenosha, WI, Brown, Sarita, 12/06/06
07-DEA-476915, 1996 Cadillac Deville, 1G6KD52Y1TU212886, Neillsville, WI, Kavajecz, Thomas R., 12/07/06
07-DEA-476927, $9,000.00 U.S. Currency, Manitowoc, WI, Jones, Derek J., 11/29/06
07-DEA-476966, $6,178.00 U.S. Currency, Milwaukee, WI, Jones, Shatrae, 12/07/06

**NORTHERN DISTRICT OF GEORGIA**
07-DEA-477257, $29,620.00 U.S. Currency, Duluth, GA, Brooks, Christopher L. and Clark, Jeffrey Wayne, 12/11/06
07-DEA-477282, $7,000.00 U.S. Currency, Cartersville, GA, Torres-Sanchez, Luis Angel AKA Torres, Luis Angel, 12/13/06
07-DEA-477301, Assorted Exercise Equipment, VL: $5,079.07, (1) Pro Spot P000 w/2004 wgt, black; (1) Hampton 300# Oly Set; (1) Impex Handle Intell Pers Plus Handles 2006; (1) Impex Handle Intell G-4505 Personal GB; (1) Impex Handle Intell Personal Stand; (1) Stamina Lemond Revmaster Stationary Bike, Ser No 081004315; (1) Mat 4x6x1/2; (1) Mat 8x8x3/8" 4pc 5/4-Beveled; (1) Body By Jake Ab Scissor, Atlanta, GA, Estrada, Ismael Roberto AKA Cruz, Manolo and Anderson, Lesley Joanne, 12/15/06
07-DEA-477307, $6,100.00 U.S. Currency, Cartersville, GA, Fernandez-Linares, Ramon AKA Linares-Fernandez, Ramon, 12/18/06
07-DEA-477316, $7,001.00 U.S. Currency, Cartersville, GA, Padron, Raul Matthews, 12/18/06
07-DEA-477404, Hitachi 60" UltraVision Projection Television, VL: $1,619.00, Ser No V3K013152, Atlanta, GA, Estrada, Ismael Roberto AKA Cruz, Manolo and Anderson, Lesley Joanne, 12/15/06
07-DEA-477412, 2006 Dodge Charger SRT-8, 2B3KA73W16H286721, Atlanta, GA, Taylor, Javon Curtis, 12/11/06
07-DEA-477422, $8,800.00 U.S. Currency, Hapeville, GA, Adams, Steve, 12/14/06
**DISTRICT OF HAWAII**
07-DEA-476987, $15,020.00 U.S. Currency, Honolulu, HI, Brown, Chris, 12/08/06
**CENTRAL DISTRICT OF ILLINOIS**
07-DEA-476535, $3,610.00 U.S. Currency, Kankakee, IL, Higgins, Frank, 11/16/06
07-DEA-476474, $2,413.00 U.S. Currency, Kankakee, IL, Higgins, Frank, 11/16/06
07-DEA-476734, $607.00 U.S. Currency, Peoria, IL, Douglas, Bernard E., 11/09/06
**NORTHERN DISTRICT OF ILLINOIS**
07-DEA-475944, $500.00 U.S. Currency, Chicago, IL, Unidentified, 10/13/06
07-DEA-476405, $386,951.00 U.S. Currency, Chicago, IL, Nunez, Sandra, 11/20/06
07-DEA-476472, $139,590.00 U.S. Currency, Mineola, IL, Arrambide III, Jamie, 11/17/06
07-DEA-476785, $1,995.00 U.S. Currency, Chicago, IL, Mandiola, Carlos, 11/21/06
07-DEA-476904, $39,579.00 U.S. Currency, Bedford Park, IL, Horn, Jose and Gutierrez, Pablo Gallegos, 11/29/06
**SOUTHERN DISTRICT OF ILLINOIS**
07-DEA-476971, $20,837.00 U.S. Currency, Mounds, IL, Garza, Arnoldo, 12/04/06
**NORTHERN DISTRICT OF INDIANA**
07-DEA-476854, 1999 Grey Jeep Grand Cherokee Limited 4WD, 1J4GW58N7XC596307, Merrillville, IN, Rodriguez-Guevara, Simon, 11/27/06
07-DEA-476672, $4,700.00 U.S. Currency, Hammond, IN, Gutierrez-Salazar, Monserrat Araceli, 11/29/06
**SOUTHERN DISTRICT OF INDIANA**
07-DEA-476658, $8,110.00 U.S. Currency, Indianapolis, IN, Newton, Jhumongalls D., 11/17/06
07-DEA-476770, $841.00 U.S. Currency, Charlestown, IN, Oriuno, Felix AKA Oriuno-Vasquez, Felix, 11/21/06
07-DEA-476708, $4,160.00 U.S. Currency, Charlestown, IN, Oriuno, Felix and Ramirez, Roberto and Oriuno, Rubicela, 11/21/06
07-DEA-476840, $79,030.00 U.S. Currency, Clarksville, IN, Oriuno-Vasquez, Francisco and Zapata-Santiago, Belvina, 11/21/06
07-DEA-476972, $120,410.00 U.S. Currency, Clarksville, IN, Oriuno-Vasquez, Francisco and Zapata-Santiago, Belvina, 11/21/06
**DISTRICT OF KANSAS**
07-DEA-476940, Bank of the West, Account #400087735, VL: $5,827.40, Wichita, KS, Hitsl, Margaret Anne and Hitsl, Wilbur D., 12/01/06
07-DEA-476945, Bank of the West, Account #421004353, VL: $70,129.32, Wichita, KS, Hitsl, Margaret Anne and Hitsl, Wilbur D., 12/01/06
**DISTRICT OF MASSACHUSETTS**
07-DEA-476415, $75,030.00 U.S. Currency, Lowell, MA, Melendez, Nardy and Munoz, Johnny, 11/27/06
07-DEA-476859, Sovereign Bank, Account #542506093D, VL: $10,998.83, Boston, MA, Huang, Lan Young, 11/27/06
**DISTRICT OF MARYLAND**
07-DEA-476000, $8,905.00 U.S. Currency, Baltimore, MD, Sam, Topeka Kimberly, 11/17/06
07-DEA-476424, Cashier's check in lieu of 23 Money Orders, VL: $14,000.00, (23) Western Union Money Orders, Ser Nos. 08-541788459; 08-541772225; 08-515092977; 08-541788458; 08-515118241; 08-541788457; 08-515118240; 08-541772334; 08-541772333; 08-541772332; 08-541772331; 08-541528181; 08-541528180; 08-541528179; 08-541528178; 08-535762077; 08-541778226; 08-541700400; 08-535762075; 08-516272805; 08-516272806; 08-535782065; 08-535782078, Laurel, MD, Goring, Sherrea Ann Marie and Joseph, Mark David, 11/30/06
07-DEA-477122, $66,000.00 U.S. Currency, Baltimore, MD, Diggs, Abel, 12/14/06
07-DEA-477164, 1993 Acura Legend, JH4KA7660SC007413, Rockville, MD, Bealyn, Simon Marco, 12/15/06
07-DEA-477268, $2,347.00 U.S. Currency, Baltimore, MD, Scott, Charles AKA Scott, Charles Edward, 12/12/06
07-DEA-477290, $8,581.00 U.S. Currency, Baltimore, MD, Evans, Donte AKA Evans, Donte C. AKA Evans, Donte Cornelius AKA Evans, Donte Cornelius AKA

477460

[illegible] Filey, Rhiannon Lynn, 11/16/06
07-DEA-477303, 2003 Chevrolet Tahoe, 1GNEC13T63J248066, Petaluma, CA, Borrolucci, Joseph, 12/20/06
SOUTHERN DISTRICT OF CALIFORNIA
07-DEA-477379, 1991 Chevrolet Silverado Truck, 2GCEC19Z9M1244867, Westmorland, CA, Ramos-Beltran, Gualberto Arnulfo, 11/27/06
07-DEA-477441, $1,220.00 U.S. Currency, San Diego, CA, Pena, Armando Mejia, 12/22/06
07-DEA-477546, $7,220.00 U.S. Currency, San Diego, CA, Nunez, Jose Perez and Ramos, Rosa Maria, 12/27/06
07-DEA-477600, Cummins Jetscan Money Counter Machine, Model 4096, VL: $4,000.00, Vista, CA, Krikorian, Jason George, 11/29/06
07-DEA-477708, 2005 Ford Five Hundred SE, 1FAHP23165G185442, Niland, CA, Andrade-Lizarraga, Martin AKA Andrade, Martin Guillermo, 12/18/06
07-DEA-477852, (2) Glock Model 28 Handguns, Ser Nos HSZ 695 and HSZ 584, VL: $850.00, Chula Vista, CA, Betancourt, Felipe, 11/28/06
DISTRICT OF CONNECTICUT
07-DEA-476731, $20,470.00 U.S. Currency, Hartford, CT, Welch, Devon, 11/17/06
07-DEA-477378, $20,189.00 U.S. Currency, Norwich, CT, Sczurek, Timothy, 12/01/06
MIDDLE DISTRICT OF FLORIDA
05-DEA-455362, $105,015.00 U.S. Currency, Sarasota, FL, Unidentified, 08/23/05
07-DEA-476968, $39,430.00 U.S. Currency, Belleview, FL, Perry, Michael James, 01/04/07
07-DEA-477166, $39,520.00 U.S. Currency, Titusville, FL, Viscomi, Francis P., 11/29/06
07-DEA-477359, $12,020.00 U.S. Currency, Orlando, FL, Unidentified, 12/07/06
07-DEA-477364, $2,459.00 U.S. Currency, Orlando, FL, Claudio, Isaac, 12/07/06
07-DEA-477365, Wells Fargo Bank, Check #0084802440, VL: $2,000.00, Tampa, FL, Nelson, David, 12/06/06
07-DEA-477592, $2,442.00 U.S. Currency, Jacksonville, FL, Collins, John Davis, 12/18/06
07-DEA-477603, 2000 Dodge Intrepid Sedan, 2B3HD56J8YH231482, Sanford, FL, Jenkins, Andrew Anthony, 11/08/06
NORTHERN DISTRICT OF FLORIDA
06-DEA-472801, $7,121.01 U.S. Currency, Chiefland, FL, Clafley, Ronald W., 08/11/06
06-DEA-477808, Bank of America, Check 41318, VL: $3,250.00, Chiefland, FL, Clafley, Ronald W., 08/11/06
SOUTHERN DISTRICT OF FLORIDA
07-DEA-474237, 1978 Piper PA-31T Cheyenne, Tail Number N200VE, Ser No 31T-7820057, Eng. Ser Nos PC-E-51172 (Turbo) and PC-E-61171, Miami, FL, Ozark Aircraft Sales, 10/05/06
07-DEA-474398, $103,144.00 U.S. Currency, Hialeah, FL, Adames, Victor and Espinal, Alcedo Jose, 10/15/06
07-DEA-474400, $8,408.00 U.S. Currency, Miami, FL, Linarte, Kenia Y., 10/16/06
07-DEA-477294, $895.00 U.S. Currency, Miami, FL, Lucas, Bernard, 11/30/06
07-DEA-477324, $41,930.00 U.S. Currency, West Palm Beach, FL, Solmeron, Alfredo and Pineda, Daybi, 12/11/06
07-DEA-477560, Lorcin Handgun and Mag with 12 Rounds 9mm Ammunition, Ser No LO48254, VL: $1.00, Miami, FL, Rodriguez, Ricardo, 11/08/06
07-DEA-477575, Bergia Handgun and Mag with 10 Rounds .40 Caliber Ammunition, Ser No BER237871, VL: $1.00, Miami, FL, Rodriguez, Ricardo, 11/08/06
MIDDLE DISTRICT OF GEORGIA
07-DEA-476141, $828,970.00 U.S. Currency, Jackson, GA, Cheema, Joginder Singh, 11/18/06
07-DEA-477583, $37,280.00 U.S. Currency, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06
07-DEA-477592, 2002 Cadillac Escalade, 3GYEK63N82G290182, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06
07-DEA-477602, 2002 GMC Yukon, 1GKEC16Z32J263657, Bainbridge, GA, Kyles, Charlie Dewayne, 11/30/06
07-DEA-477609, 2002 Honda Motorcycle, JH2SC500X2M007389, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06
NORTHERN DISTRICT OF GEORGIA
07-DEA-477081, 2003 Toyota Avalon, 4T1BF28B33U288831, Atlanta, GA, Alexis Motors Sales & Leasing, Inc., 11/09/06
07-DEA-477184, 2005 Chrysler 300, 2C3AA63H35H505396, Atlanta, GA, Wilson, Trudy, 11/13/06
07-DEA-477432, $8,365.00 U.S. Currency, Decatur, GA, Smalls III, Michael Antonious, 12/22/06
07-DEA-477440, $2,720.00 U.S. Currency, Duluth, GA, Brooks, Christopher L., 12/11/06
07-DEA-477503, $11,480.00 U.S. Currency, Atlanta, GA, Jones, Manu L., 12/27/06
07-DEA-477509, $5,985.00 U.S. Currency, Atlanta, GA, Ngom, Pa Modou AKA Colez, Solomon, 12/27/06
07-DEA-477516, $16,772.00 U.S. Currency, Atlanta, GA, Phillips, Damon E., 12/27/06
07-DEA-477644, 2003 Lexus LX470, JTJHT00W633525460, Atlanta, GA, Speck, Christopher Lee, 12/12/06
DISTRICT OF HAWAII
07-DEA-477711, $24,700.00 U.S. Currency, Honolulu, HI, Padilla, Liborio, 12/12/06
NORTHERN DISTRICT OF IOWA
07-DEA-477105, $1,355.00 U.S. Currency, Manolle, IA, Holub, Mathew, 11/25/06
CENTRAL DISTRICT OF ILLINOIS
07-DEA-477265, $4,000.00 U.S. Currency, Beardstown, IL, Bayles, Carl S., 11/20/06
07-DEA-477271, $4,363.00 U.S. Currency, Arenzville, IL, Flowers, Kathy D., 11/20/06
07-DEA-477277, $5,000.00 U.S. Currency, Monmouth, IL, Sanchez, Juan AKA Benitez, Michael, 11/21/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-450622, 2000 Chevy Tahoe, 1GNEK13T7YJ137204, Chicago, IL, Wasz, Bradley

[illegible] NH, Gannon, Lynn and Deana, Andrew, 12/08/06
07-DEA-476907, $3,182.00 U.S. Currency, Madison, NH, Fleury, Mark, 12/11/06
DISTRICT OF NEW JERSEY
07-DEA-476440, .45 Caliber Taurus International PT24/7 Pistol, Ser No NZB88948, VL: $190.00, Collingswood, NJ, Muhammad, Shaahegn H., 12/21/06
07-DEA-476803, $58,970.00 U.S. Currency, Elizabeth, NJ, Johnson, James Lavon, 11/28/06
07-DEA-476989, $25,000.00 U.S. Currency, Paterson, NJ, Geza-Vargas, John Jairo AKA Mejia, Juan Carlos, 11/14/06
07-DEA-476943, $25,470.00 U.S. Currency, Union City, NJ, Mariel, Norberto, 11/20/06
07-DEA-477096, Silver Colored Zip Gun, Ser No Not Applicable, VL: $1.00, Union City, NJ, Mariel, Norberto, 11/20/06
DISTRICT OF NEW MEXICO
07-DEA-476924, $15,980.00 U.S. Currency, Columbus, NM, Perez-Ayala, Leobardo and Valenzuela-Mendez, Dora Elizabeth, 12/09/06
07-DEA-477136, $8,500.00 U.S. Currency, Albuquerque, NM, Garcia, Victor, 12/15/06
07-DEA-477522, $95,000.00 U.S. Currency, Albuquerque, NM, Valles, Nancy, 12/19/06
07-DEA-477524, $100,000.00 U.S. Currency, Albuquerque, NM, Lavale, Caroline, 12/19/06
07-DEA-477525, 1997 Toyota Utility RAV4-4, JT3HP10V2V0112092, Albuquerque, NM, Garcia, Victor, 12/15/06
DISTRICT OF NEVADA
07-DEA-477163, $29,000.00 U.S. Currency, Elko, NV, Culleton, Sean, 12/15/06
EASTERN DISTRICT OF NEW YORK
07-DEA-477272, $8,079.00 U.S. Currency, New York, NY, Lora, Jose Manuel, 12/13/06
07-DEA-477313, $20,000.00 U.S. Currency, Brooklyn, NY, Tejeda, Rafael, 12/13/06
07-DEA-477482, $8,900.00 U.S. Currency, Elmont, NY, Martinez-Guerrero, Luis Humberto, 12/20/06
07-DEA-477480, $5,074.00 U.S. Currency, Queens, NY, Graham, Rose Marie AKA Pebble, Mary, 12/14/06
NORTHERN DISTRICT OF NEW YORK
07-DEA-477434, $3,345.00 U.S. Currency, Brewerton, NY, Gunther, David, 12/12/06
07-DEA-477449, $22,645.54 U.S. Currency, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477451, SONY 60" Grand Wega Television, VL: $520.00, Model KDF 60-WF-655, Ser No 714827017, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477453, 2000 Indian Chief Motorcycle, 5CDCNB314YG004189, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477454, 1998 Mazda B4000 Pickup Truck, 4F4ZR17X7WTM38860, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477455, 1990 Rebuilt Custom Motorcycle, AZ298147, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477461, 2004 Yamaha Raptor 350 ATV, JY4AH12Y04C001710, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477471, 2000 Cadillac Eldorado ETC Coupe, 1G6ET1298YB701287, Union, NY, Nitas, Frank, 12/12/06
07-DEA-477474, 1990 Harley Davidson Motorcycle, 7G33585J, Union, NY, Nitas, Frank, 12/12/06
SOUTHERN DISTRICT OF NEW YORK
07-DEA-477088, $2,420.00 U.S. Currency, New York, NY, Zayas-Rojo, Moises, 12/00/06
07-DEA-477265, $6,008.00 U.S. Currency, Walden, NY, King, Duane and Avant, Lonique M., 11/22/06
07-DEA-477312, $44,900.00 U.S. Currency, Bronx, NY, Park, Miguel, 12/18/06
07-DEA-477460, $50,000.00 U.S. Currency, Yonkers, NY, Cruz-Soto, Jorge and Henry, Lennox, 12/18/06
WESTERN DISTRICT OF NEW YORK
07-DEA-477197, $55,855.00 U.S. Currency, Buffalo, NY, Jarrett, Randy and Jarrett, Catherine, 12/15/06
07-DEA-477342, $6,808.00 U.S. Currency, Niagara Falls, NY, Patterson III, Donald Ray AKA Andre III, Donald R. AKA Andre Martin III, Donald R. AKA Martin III, Donald R. AKA Martin, Andre AKA Patterson III, Donald D. AKA Patterson, Andre Martin AKA Patterson, Donnie AKA Patterson, Donnie Ladorn AKA Paterson, Donnie Ledan AKA Patterson, Ladean, 12/12/06
NORTHERN DISTRICT OF OHIO
07-DEA-477216, $24,007.00 U.S. Currency, Cleveland, OH, Kerr, Carl AKA Kerr, Carl A. AKA Kerr, Carl Anthony AKA Kerr, Merlo, 12/05/06
SOUTHERN DISTRICT OF OHIO
06-DEA-457870, 2002 Volvo Tractor Truck, 4V4NC9TJ82N250528, Columbus, OH, Solis, Sergio Solis AKA Solis, Sergio, 04/20/06
07-DEA-476816, $8,392.00 U.S. Currency, Englewood, OH, Hendricks, Jessica D., 12/04/06
07-DEA-477228, 2000 Chevrolet Suburban, 3GNFK16T2YG130954, Columbus, OH, Green, Jermaine Kingsley AKA Green, Jermaine K., 12/13/06
07-DEA-477245, $9,980.00 U.S. Currency, Galloway, OH, Garcia-Valderrama, Enriqueta, 12/05/06
DISTRICT OF OREGON
07-DEA-476614, $16,300.00 U.S. Currency, Springfield, OR, Guzman, Juan Jose, 12/04/06
07-DEA-476864, $11,500.00 U.S. Currency, Klamath Falls, OR, Navarro-Tellez, Eduardo AKA Tellez-Estrada, Hector, 12/21/06
EASTERN DISTRICT OF PENNSYLVANIA
07-DEA-476766, $388,290.00 U.S. Currency, Philadelphia, PA, Alalomo, Ricardo, 12/05/06
07-DEA-476782, Ingram Model M10A1 9mm Pistol, Ser No S8033605, VL: $190.00, Philadelphia, PA, Henry, Todd, 12/05/06
07-DEA-477074, 1999 Freightliner Tractor, 1FUYSSZB3XPA16414, Broomall, PA, Palmayan, Kitch, 11/30/06
07-DEA-477320, $18,637.00 U.S. Currency, Philadelphia, PA, Waltz, Baron, 12/13/06
07-DEA-477379, $8,708.00 U.S. Currency, Allentown, PA, Rodriguez, Ariel, 12/06/06
07-DEA-477409, $9,000.00 U.S. Currency, Allentown, PA, Ninler, Juan, 12/05/06
07-DEA-477429, $661,330.00 U.S. Currency, Whitehall, PA, Cedeno, Jose, 12/05/06
07-DEA-4774[illegible], $17,700.00 U.S. Currency, Palmer

Sonia, 12/08/06
07-DEA-476915, 1996 Cadillac Deville, 1G6KD52Y1TU212686, Nekimi, WI, Kavaliecz, Thomas R., 12/07/06
07-DEA-476927, $9,880.00 U.S. Currency, Manitowoc, WI, Johns, Derek J., 11/29/06
07-DEA-476965, $8,178.00 U.S. Currency, Milwaukee, WI, Jones, Sharne, 12/07/06
07-DEA-477004, $3,280.00 U.S. Currency, Milwaukee, WI, Thomas, Shannon, 12/08/06
07-DEA-477026, $8,400.00 U.S. Currency, Milwaukee, WI, Quezara, Orlando T., 12/13/06
WESTERN DISTRICT OF WISCONSIN
07-DEA-476849, $4,000.00 U.S. Currency, Madison, WI, Aguilera, Ismael, 11/21/06
07-DEA-476874, $2,700.00 U.S. Currency, Madison, WI, Evert, Gavin, 12/07/06
07-DEA-476876, $2,000.00 U.S. Currency, Madison, WI, Unidentified, 12/07/06
07-DEA-476896, $5,480.00 U.S. Currency, Madison, WI, Lengen, Kofi M., 12/08/06
07-DEA-477110, $5,700.00 U.S. Currency, Madison, WI, Stamm, Jack, 12/14/06

SECOND NOTICE
LAST DATE TO FILE MARCH 8, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
07-DEA-476881, $7,000.00 U.S. Currency, Anchorage, AK, Henry, Olin Bailey, 11/30/06
07-DEA-476886, Smith and Wesson Sigma Model SW9VE 9mm Pistol with magazine, Ser No PBJ1628, VL: $365.00, Anchorage, AK, Pate, Joshua Elijah, 11/30/06
MIDDLE DISTRICT OF ALABAMA
07-DEA-476965, 1998 Peterbilt Semi-Tractor, 1XPFD69X0WN389092, Montgomery, AL, Wright, McKensley, 12/05/06
07-DEA-476983, 1994 Utility Trailer, 1UYVS2482RM141502, Montgomery, AL, Wright, McKensley, 12/05/06
DISTRICT OF ARIZONA
07-DEA-476493, $3,727.00 U.S. Currency, Green Valley, AZ, Munoz, Sheri Ann, 11/19/06
07-DEA-477859, (2) Assorted Weapons, VL: $660.00, (1) Kimber Tactical II Series .45 Caliber/Ammunition, Ser No K139247; and (1) Intratec Tech 9 with Magazine/Ammunition, Ser No 34494, Yuma, AZ, Sanchez, Manuel Chee, 12/19/06
CENTRAL DISTRICT OF CALIFORNIA
07-DEA-476686, $19,991.00 U.S. Currency, Costa Mesa, CA, Byrne, Jeffrey M., 11/16/06
07-DEA-476894, $8,616.00 U.S. Currency, Rialto, CA, Medina, Mario, 12/06/06
07-DEA-476998, (2) Union Bank of California Accounts, VL: $16,394.48, Account #1291144754; and Account #1291148973, Manhattan Beach, CA, Blair, Wayne AKA Brooks, Paul, 12/01/06
07-DEA-477014, $30,010.00 U.S. Currency, Los Angeles, CA, Walker IV, Marcus Curtis, 11/28/06
07-DEA-477084, $15,450.00 U.S. Currency, Los Angeles, CA, Cannon, Dano Joseph, 11/29/06
07-DEA-477249, $24,021.00 U.S. Currency, Los Angeles, CA, Citrowski, Donald, 12/13/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-476948, Miscellaneous Grow Equipment, VL: $82,472.00, (90) Reldent reflectors (grow lights); (60) HP sodium light bulbs; (30) ballasts; (4) Fantech model fans; (4) Fantech carbon filters; (5) Square, aluminum box fans, Stockton, CA, Zang, Heng Bi and Yang, Tiny Lee and Zhou, Jie Pei, 10/20/06
06-DEA-478049, Miscellaneous Grow Equipment, VL: $880.00, (4) Phat Filters, Model 350A, Stockton, CA, Lee, Leigh, 10/20/06
06-DEA-478150, Miscellaneous Grow Equipment, VL: $880.00, (4) Phat Filters, Model 350A, Stockton, CA, Vau, Ka Wai, 10/20/06
07-DEA-475829, $43,050.00 U.S. Currency, Delhi, CA, Ramos, Arnoldo and Baltazar, Jorge Raul, 10/12/06
07-DEA-477091, 2003 Cadillac CTS, 1G6DM57N530169153, Fresno, CA, Soto, Jose Antonio and Soto, Lorraine AKA Garcia, Lorraine, 11/30/06
07-DEA-477094, 2004 Chevrolet Silverado P/U Truck, 1GCEC19V14Z344488, Fresno, CA, Gonzalez, Javier Gomez and Gonzalez, Rosa, 12/13/06
NORTHERN DISTRICT OF CALIFORNIA
07-DEA-475855, $76,780.00 U.S. Currency, San Jose, CA, Lara, Jorge, 11/13/06
07-DEA-476758, $18,500.00 U.S. Currency, Cloverdale, CA, Chavez, Ricardo, 11/27/06
07-DEA-476827, Interarms Star B, Echeverria B.A. 9mm Caliber Pistol, Ser No 1778094, VL: $200.00, Oakland, CA, Torres, Rodolfo, 11/14/06
07-DEA-476832, Bryco Arms .380mm Caliber Semi-Auto Pistol, Ser No 1230475, VL: $30.00, Oakland, CA, Camarena, Abraham, 11/14/06
07-DEA-476834, Glock 17 9mm Caliber Semi-Auto Pistol, Ser No CCO37, VL: $250.00, Oakland, CA, Martinez-Mendez, Juan Pedro and Martinez, Valentin, 11/14/06
07-DEA-476839, Davis Industries P-380 .380mm Caliber S Auto Pistol, Ser No AP115806, VL: $35.00, Oakland, CA, Martinez-Mendez, Juan Pedro and Martinez, Valentin, 11/14/06
07-DEA-476843, Colt Hammerless .380mm Caliber Semi-Auto Pistol, Ser No 125994, VL: $50.00, Oakland, CA, Torres, Rodolfo, 11/14/06
SOUTHERN DISTRICT OF CALIFORNIA
07-DEA-476702, $1,620.00 U.S. Currency, Vista, CA, Ulrich, Martin Andrew, 11/30/06
07-DEA-476759, $2,245.00 U.S. Currency, Fallbrook, CA, Crook, Ashley James, 12/08/06
07-DEA-476862, $1,159.00 U.S. Currency, Santee, CA, Ogden, Vincent John AKA Hines, Joseph, 12/08/06
07-DEA-477057, $1,314.00 U.S. Currency, San Diego, CA, Hurling, Scott Randall, 12/13/06
07-DEA-477143, $1,876,575.00 U.S. Currency, Vista, CA, Krikorian, Jason George, 12/15/06
07-DEA-477177, $1,829.00 U.S. Currency, San Diego, CA, Palmer, Craig Arthur, 12/18/06
07-DEA-477214, 2006 Yamaha YZF-R6S Raven Motorcycle, JYARJ06Y96A078911, National City, CA, Angulo, Luis Rene, 12/07/06
[illegible] 1999 Toyota 4Runner SUV

JH4KA7600SC007413, Rockville, MD, Bwalya, Mapeo, 12/15/06
07-DEA-477268, $2,347.00 U.S. Currency, Balti[more], MD, Scott, Charles AKA Scott, Charles Edward, 12/12/06
07-DEA-477280, $8,581.00 U.S. Currency, Balti[more], MD, Evans, Dante AKA Evans, Dante C. AKA E[vans], Dante Cornelious AKA Evans, Dante Cornelius A[KA] Evans, Dante Cornelliou, 12/12/06
07-DEA-477350, $11,527.00 U.S. Currency, Lau[rel], MD, Burton, Christopher, 12/15/06
07-DEA-477408, $36,580.00 U.S. Currency, Baltimore, MD, Minichello, Edward Charles, 12/1[2/06]
07-DEA-477419, $4,470.00 U.S. Currency, Balti[more], MD, Minichello, Edward Charles, 12/12/06
07-DEA-477494, 1999 Freightliner Century Cl[ass] Tractor, 1FUYDSZB5XP961387, Savage, MD, Arango, Alejandro AKA Arango-Lopez, Alejandro Jesus, 12/19/06
EASTERN DISTRICT OF MICHIGAN
07-DEA-476821, $4,303.00 U.S. Currency, Detr[oit], MI, Smith, Eric Lamar AKA Folcer, Jimmy, 11/3[0/06]
07-DEA-476845, $13,240.00 U.S. Currency, De[troit], MI, Willis, James Edward AKA Willis, Albert AKA Willis, Cordon AKA Willis, Darnell Pete AKA Will[is], Paris Devon, 12/04/06
07-DEA-476983, $8,640.00 U.S. Currency, Detr[oit], MI, Anderson, Diane Elaine, 11/30/06
WESTERN DISTRICT OF MICHIGAN
07-DEA-476571, Wells Fargo Bank, NA Accoun[t] #0R2531235, VL: $12,514.97, Menominee, MI, Louis J. Cannello dba Urgent Care, 11/29/06
EASTERN DISTRICT OF MISSOURI
07-DEA-476866, 1998 Chevrolet Monte Carlo, 2G1WW12M4W9327710, St. Louis, MO, Hatre, Dorman K., 11/28/06
07-DEA-476884, 1997 Ford Explorer XLT 4WD 1FMDU34X0VUB01287, Rolla, MO, Velazquez Leopoldo and Mata-Tavizon, Roza Elia, 12/05/[06]
07-DEA-476891, $1,709.00 U.S. Currency, St. [Louis], MO, Hatre, Dorman K., 11/28/06
07-DEA-477062, $5,143.00 U.S. Currency, St. Charles, MO, Jordan, William C., 12/08/06
WESTERN DISTRICT OF MISSOURI
07-DEA-475773, $8,610.00 U.S. Currency, Ka[nsas] City, MO, Gonzalez, Roberto AKA Gonzales, [illegible] 11/28/06
EASTERN DISTRICT OF NORTH CAROLIN[A]
07-DEA-477162, 2000 Freightliner Tractor Tru[ck] 1FUYDSEB0YPA54833, St. Pauls, NC, Fort, [illegible] Allan, 12/04/06
07-DEA-477167, 1994 Stoughton Trailer, 1DW1A5324RS848885, St. Pauls, NC, Fort, [illegible] Allan, 12/04/06
07-DEA-477180, 2000 Ford F-150, 1FTRX17W5YNA14507, St. Pauls, NC, Allen[illegible] Dosadic, 12/04/06
07-DEA-477181, $20,200.00 U.S. Currency, [illegible] Tops, NC, Menose, Antonio Aaron and Mills, S[ean] Jermaine, 12/08/06
07-DEA-477188, $4,850.00 U.S. Currency, [illegible] NC, Mills, Sean Jermaine, 12/08/06
MIDDLE DISTRICT OF NORTH CAROLINA
07-DEA-477289, $5,552.54 U.S. Currency, W[inston] Salem, NC, Wood, Sean Michael, 12/20/06
07-DEA-477322, $320,670.00 U.S. Currency, Lexington, NC, Saldivar-Pineda, Alfonso, 12/[illegible]
WESTERN DISTRICT OF NORTH CAROLI[NA]
07-DEA-477334, $288,785.00 U.S. Currency, Gastonia, NC, Jaimez-Lopez, Uriel Adan, 12[illegible]
DISTRICT OF NORTH DAKOTA
07-DEA-476839, Cashiers Check #042850[illegible] Wells Fargo Bank, VL: $10,236.61, Minot, N[D], Voeller, Robin, 11/29/06
DISTRICT OF NEBRASKA
07-DEA-476994, $16,065.00 U.S. Currency [illegible] NE, Padilla-Miranda, Juan and Padilla-Hern[andez] 12/06/06
DISTRICT OF NEW JERSEY
07-DEA-476727, $44,050.00 U.S. Currency [illegible] Point, NJ, Chata, Daniel J. and Stadnick, [illegible] 11/14/06
07-DEA-476806, 2000 Ford Explorer, 1FMZU73X3YUB40475, Elizabeth, NJ, Ca[illegible] Jonathan, 11/20/06
07-DEA-476865, 2000 Audi A8, WAUZL54D2YN000188, Elizabeth, NJ, M[illegible] Leonard, 11/20/06
DISTRICT OF NEW MEXICO
07-DEA-476696, $3,079.00 U.S. Currency, [Las] Cruces, NM, Lujan-Chavez, Moira, 12/02/[06]
07-DEA-476716, $67,900.00 U.S. Currency, Bernalillo, NM, Swala, Jessica, 12/01/06
07-DEA-476792, $2,346.00 U.S. Currency, Albuquerque, NM, Alarcon-Martinez, Rafa[el]
07-DEA-476929, 2000 Ford Explorer SUV 1FMDU85P2YZA24182, Santa Fe, NM, M[illegible] Adalberto, 12/11/06
07-DEA-476962, 2006 Landrunner Trailer 4RACE00118K018670, Santa Fe, NM, M[illegible] Adalberto, 12/11/06
07-DEA-477012, $103,000.00 U.S. Curr[ency], Albuquerque, NM, Cardenas-Contreras, [illegible] 12/08/06
DISTRICT OF NEVADA
07-DEA-476948, $8,016.00 U.S. Curr[ency] [illegible] Ngo, Tang Thal, 12/12/06
07-DEA-477169, $135,010.00 U.S. Curr[ency] [Las] Vegas, NV, Cisneros-Nunez, Darick AKA Gambino, 11/29/06
EASTERN DISTRICT OF NEW YORK
07-DEA-477188, $8,566.00 U.S. Curr[ency], Brentwood, NY, Young, Neville, 12/08/06
NORTHERN DISTRICT OF NEW YORK
07-DEA-476918, $35,925.00 U.S. Curr[ency], Syracuse, NY, Hobart, Michael, 12/05/0[6]
07-DEA-476920, 1995 Ford Windstar G[illegible] 2FMDA514XTBB55030, Syracuse, NY, [illegible] Michael, 12/04/06
07-DEA-477287, $41,950.00 U.S. Curr[ency] [illegible] NY, Jacobs, Patrick, 11/29/06
07-DEA-477283, $55,475.00 U.S. Curr[ency], Rotterdam, NY, Scott, Joseph A., 12/11/[06]
07-DEA-477287, $3,190.00 U.S. Curr[ency], Schenectady, NY, Paupaw, Lachon, 12/[illegible]
07-DEA-477321, $4,400.00 U.S. Curr[ency] [illegible] NY, Velazquez, Francisco, 12/18/06
SOUTHERN DISTRICT OF NEW YOR[K]

477460

# LEGAL NOTICE
# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States C Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Sectio Virginia 22134-1475, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. Co Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, or in lieu of petitioning for remission or mitigation, a person may contest t DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of t shall be deemed filed with the Asset Forfeiture Section, when received by the DEA at either of the addresses noted above. Submissions by facsimile or other electronic mean or suspects, nor does the appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

**FIRST NOTICE**
**LAST DATE TO FILE MARCH 22, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

**DISTRICT OF ALASKA**
07-DEA-477097, $5,500.00 U.S. Currency, Anchorage, AK, Mayfield, Nathan Walter AKA Davis, Alton, 12/09/06
07-DEA-477623, $10,000.00 U.S. Currency in Safe Deposit Box #12-10337, Key Bank, Anchorage, AK, Mu, Yin Tak, 12/21/06
07-DEA-477701, $245,182.00 U.S. Currency, Anchorage, AK, Mu, Yin Tak, 12/28/06
**EASTERN DISTRICT OF ARKANSAS**
07-DEA-477328, $51,099.00 U.S. Currency, Malvern, AR, Hall, Kenzy, 12/19/06
07-DEA-477621, $33,900.00 U.S. Currency, Little Rock, AR, Hall, Kenzy, 12/19/06
**CENTRAL DISTRICT OF CALIFORNIA**
07-DEA-476701, $4,720.00 U.S. Currency, Irvine, CA, Powr, Kristian Krassimirov, 12/03/06
07-DEA-477289, 2005 Chevrolet Tahoe, 1GNEC13T95R275482, Los Angeles, CA, Martinez, Manuel, 12/11/06
07-DEA-477393, $20,310.00 U.S. Currency, Los Angeles, CA, Lodestar, Darren Lardonald, 12/18/06
07-DEA-477400, $18,970.00 U.S. Currency, Los Angeles, CA, Diaz, Jamie Chacon, 12/20/06
07-DEA-477401, $92,117.00 U.S. Currency, Whittier, CA, Cortez-Medina, Juvelina, 12/20/06
07-DEA-477528, $1,777.00 U.S. Currency, Highland, CA, Armendariz, Joseph Patrick, 12/12/06
07-DEA-477530, (2) 42" Flat Screen Plasma Televisions, VL: $4,638.95, (1) LG 42" Flat Screen Plasma TV / Model RU-42PX11, Ser No 412KTOE01156; and (1) Panasonic 42" Flat Screen Plasma TV / Model TH-42P, Ser No VJ5560454, Hacienda Heights, CA, Luu, Vincent P., 12/18/06
07-DEA-477581, 2005 Honda CR-V LX, JHLRD68575C015702, Mira Loma, CA, Cardenas, Carlos, 12/11/06
07-DEA-477582, 1996 Lincoln Continental, 1LNLM97V6TY611501, Indio, CA, Duarte, Antonio, 12/14/06
07-DEA-477586, 1997 Lincoln Continental, 1LNLM97V9VY619798, Indio, CA, Duarte, Antonio, 12/14/06
07-DEA-477627, $4,400.00 U.S. Currency, San Bernardino, CA, Ortiz Jr., Alfredo, 12/12/06
**EASTERN DISTRICT OF CALIFORNIA**
07-DEA-477372, $60,000.00 U.S. Currency, Turlock, CA, Jimenez, Pedro M. AKA Jimenez-Munoz, Pedro AKA Jimenez, Pedro Muno AKA Jimenez, Pedro Munoz AKA Jimenez, Pedromuno AKA Jiminez, Pedro Munoz and Jimenez, Basoliza, 12/05/06
07-DEA-477398, (3) $2,500.00 Money Orders Banco of Popular North America, VL: $7,500.00, Ser Nos 1835397; 1835398; 522560, Turlock, CA, Jimenez, Pedro M. AKA Jimenez-Munoz, Pedro AKA Jimenez, Pedro Muno AKA Jimenez, Pedro Munoz AKA Jimenez, Pedromuno AKA Jiminez, Pedro Munoz and Jimenez, Basoliza, 12/05/06
07-DEA-477606, $3,520.00 U.S. Currency, Modesto, CA, Pitts, Christopher Lesley AKA Pitts, Christopher Leslie and Lanham, Janet, 12/05/06
07-DEA-477612, 1967 Chevrolet Camaro Convertible, 124677L117003, Elk Grove, CA, Jackson, Rashawn, 11/16/06
07-DEA-477636, 2002 GMC Yukon XL Denali, 1GKFK66U92J217713, Elk Grove, CA, Jackson, Rashawn and Rivera, Paulette, 11/16/06
07-DEA-477651, $31,115.00 U.S. Currency, Elk Grove, CA, Jackson, Rashawn, 11/16/06
**NORTHERN DISTRICT OF CALIFORNIA**
07-DEA-477108, $12,601.00 U.S. Currency, Guymerville, CA, Perez, Simon Martinez, 01/04/07
07-DEA-477463, Heckler and Koch USP Compact 9MM Pistol, Ser No 27-064522, VL: $799.00, Hayward, CA, Haischel, Valerie Lynn, 12/12/06
07-DEA-477500, 2007 Yamaha Grizzly 700 FI 4X4, Ducks Unlimited Edition ATV, 5Y4AM03AE7C008153, Fortuna, CA, Colter, Derrick James, 12/06/06
07-DEA-477514, Danyo MQ Power DCA 125SSJU Generator with Trailer, Ser No 807204, VL: $13,500.00, Fortuna, CA, Colter, Derrick James, 12/06/06
07-DEA-477527, 2006 Chevrolet 2500 HD Silverado 4X4 P/U Truck, 1GCHK23D56F207860, Fortuna, CA, Colter, Derrick James, 12/06/06
07-DEA-477651, $2,405.00 U.S. Currency, Geyserville, CA, Anguiano, Leonor, 01/04/07
**SOUTHERN DISTRICT OF CALIFORNIA**
07-DEA-477420, $15,000.00 U.S. Currency, San Diego, CA, Fernandez, Enrique, 12/20/06
**DISTRICT OF COLORADO**
07-DEA-477288, 2003 Suzuki Motorcycle, JS1VS54A432101948, Blue River, CO, Contesza, Siariel, 11/16/06
07-DEA-477898, 2002 Hyundai Accent, KMHCF35G92U211627, Blue River, CO, Contesza, Siariel, 11/16/06
07-DEA-477900, 2003 Yamaha Ski-doo, 2BPS403314V000520, Blue River, CO, Contesza, Siariel, 11/16/06
**DISTRICT OF CONNECTICUT**
07-DEA-477183, $1,253,007.00 U.S. Currency,

semi-automatic rifle 7.62 X 39mm, Ser No 6161680; (1) Romarm Model 44 ton shot rifle, Ser No PF80174; (1) Romarm Model WASR0-10 semi-automatic rifle 7.62 x 39mm, Ser No AC-1824-88; (1) Smith & Wesson Model 27 third issue tip-top 27 caliber 7 shot revolver, Ser No 121399; (1) Marlin Model 60 22 caliber rifle, Ser No 14466734, Michigan City, IN, Florida, Crystal, 11/10/06
07-DEA-477458, 2001 GMC Yukon SLE, 1GKEK13T01J190281, Hammond, IN, Washington, Jared, 12/22/06
07-DEA-477478, $4,261.00 U.S. Currency, Hammond, IN, Washington, Jared, 12/22/06
07-DEA-477611, $35,800.00 U.S. Currency, Fort Wayne, IN, Burnett, Deshawn, 12/28/06
**SOUTHERN DISTRICT OF INDIANA**
07-DEA-477229, $18,000.00 U.S. Currency, Indianapolis, IN, Goodwin, Justin, 11/22/06
**DISTRICT OF KANSAS**
07-DEA-477397, $37,796.00 U.S. Currency, Derby, KS, Krok, John, 12/18/06
**EASTERN DISTRICT OF KENTUCKY**
07-DEA-477408, 2002 Chevrolet 3500 HD Truck, 3GBKC34F62M116383, Woodbine, KY, Burk Jr., Donnie Hugh AKA Burke Jr., Donnie H. AKA Burke, Donnie, 12/14/06
07-DEA-477535, 2001 Chevrolet Silverado, 2GCEK19T011383978, Jenkins, KY, Tackett, Kenneth Wynn AKA Tackett, Ken Wynn AKA Tacket, Kenneth W., 12/21/06
07-DEA-477606, $21,600.00 U.S. Currency, Jenkins, KY, Tackett, Kenneth Wynn AKA Tackett, Ken Wynn AKA Tackett, Kenneth W., 12/21/06
**EASTERN DISTRICT OF LOUISIANA**
07-DEA-477814, $29,000.00 U.S. Currency, Kenner, LA, Hemby, David Bruce, 12/19/06
07-DEA-477488, 1997 Dodge Ram Pick-Up, 1B7HF13Y5VJ607778, Des Allemands, LA, Dufrene, Timmy, 12/18/06
**DISTRICT OF MASSACHUSETTS**
07-DEA-477073, Hi Point 9mm Model C Semi-Automatic Pistol, Ser No P0020617, VL: $110.00, Fitchburg, MA, Agron, Julio, 11/11/06
07-DEA-477080, SKS 223 Rifle, Model M17S, Ser No P00884, VL: $700.00, Fitchburg, MA, Larios, Jose, 11/11/06
07-DEA-477383, 1997 Mercedes S420, WDBGA43G4VA372639, Ashburnham, MA, Hale, Donald, 12/06/06
**DISTRICT OF MARYLAND**
07-DEA-477630, 1999 Jeep Grand Cherokee Limited, 1J4GW68S8XC748593, Savage, MD, Gnann, Julio Ceasar AKA Grano-Acuna, Julio Ceasar, 12/19/06
07-DEA-477633, 1998 Ford Expedition XLT Eddie Bauer, 1FMPU18L5WLB07228, Savage, MD, Towns, Christopher Devan, 12/18/06
07-DEA-477643, M & T Bank, Account #9838713470, VL: $2,074.64, Frederick, MD, Defrancis, Louis, 12/12/06
07-DEA-477674, $5,845.00 U.S. Currency, Frederick, MD, Free, Schuyler Van Veen and Defrancis, Louis, 12/12/06
07-DEA-477684, B B&T Bank Account Nos. 5153584468 and 5153584547, VL: $3,877.25, Frederick, MD, Free, Schuyler Van Veen and Van Veen, Stacey, 12/12/06
07-DEA-477740, 2007 Mitsubishi Eclipse, 4A3AL35T27E002912, Glen Burnie, MD, Fleetwood, Mindy, 12/14/06
07-DEA-477747, 2001 Suzuki Motorcycle, JS1GR7HA812100453, Glen Burnie, MD, Fleetwood, Burnell E., 12/14/06
07-DEA-477754, Bersa BA Mini 9mm Firearm Semi-Automatic handgun, Ser No 745277, VL: $424.95, Temple Hills, MD, Chase, Michael, 11/18/06
07-DEA-477757, $7,596.00 U.S. Currency, Bel Air, MD, Walshons, Jeffrey Matthew, 12/19/06
07-DEA-477766, $3,101.00 U.S. Currency, Baltimore, MD, Rahim, Muhammed AKA Rahim, Muhamad Saleem AKA Rahim, Muhammad Saleem AKA Rahim, Muhammad Saleem AKA Rahim, Muhammad Saleem, 12/27/06
07-DEA-477813, $2,660.00 U.S. Currency, Baltimore, MD, Thomas, Clayton, 12/20/06
07-DEA-477845, Sandy Spring Bank, Account #1435017418, VL: $50,348.88, Laurel, MD, Rinton, Christopher, 12/18/06
**EASTERN DISTRICT OF MICHIGAN**
07-DEA-477654, Comerica Bank Official Check #482716823, VL: $125,000.00, Detroit, MI, Shalhoub, Herbert, 12/29/06
**WESTERN DISTRICT OF MICHIGAN**
07-DEA-477435, 1998 Kenworth Tractor, 1XKTD29X9WJ769228, Grand Rapids, MI, Garza Jr., Rene, 12/02/06
07-DEA-477470, 1996 Utility Trailer, 1UYVS2481TU868824, Grand Rapids, MI, Garza Jr., Rene, 12/02/06
**DISTRICT OF MINNESOTA**
07-DEA-477295, $40,000.00 U.S. Currency, St. Paul, MN, Bustos-Basurto, Omero, 12/05/06
**EASTERN DISTRICT OF MISSOURI**
07-DEA-477284, $119,040.00 U.S. Currency, Maryland Heights, MO, Rodriguez Jr., Jesus and Figueroa-Montano, Luis Enrique, 12/11/06
07-DEA-477462, $21,640.00 U.S. Currency, Fenton, MO, Sunday, Shawn LaCharles, 12/21/06
**SOUTHERN DISTRICT OF MISSISSIPPI**

Juan, 12/05/06
07-DEA-477566, 2005 Suzuki Forenza Station Wagon, KL5JD85Z75K106881, Allentown, PA, Rodriguez, Luz, 12/05/06
07-DEA-477590, 2001 Chevrolet Suburban, 1GNFK16T91J184815, Allentown, PA, Tamarox-Canario, Hilario, 12/06/06
07-DEA-477610, 2001 Dodge Grand Caravan, 2B4GP44351R261760, Whitehall, PA, Otanez, Nabila, 12/05/06
07-DEA-477614, 2001 Chrysler Town and Country Mini-Van, 2C8GT64L11R151013, Whitehall, PA, Otanez, Nabila, 12/05/06
07-DEA-477631, 2000 BMW 3 Series Coupe 323Ci, WBABM3349YJN81353, Easton, PA, Jimenez, Eduardo, 12/05/06
07-DEA-477649, 1997 Chevrolet Blazer, 1GNDT13W3V2249717, Whitehall, PA, Otanez, Nabila, 12/07/06
07-DEA-477658, 2004 Ford Taurus, 1FAHP56584A126892, Allentown, PA, Codena, Jose, 12/07/06
07-DEA-477768, Intra Tec-9 Model AB-10 9MM Pistol, Ser No A050579, VL: $230.00, Lancaster, PA, Rivera, German, 12/08/06
07-DEA-477776, Keltec 9MM Pistol, Ser No 72774, VL: $240.00, Lancaster, PA, Rivera, German, 12/06/06
07-DEA-477786, Glock Model 27 Handgun, Ser No GGN080, VL: $565.00, Lancaster, PA, Rivera, German, 12/06/06
**MIDDLE DISTRICT OF TENNESSEE**
07-DEA-477733, 2003 Hummer H2, 5GRGN23U63H100439, Clarksville, TN, Wantz, Deshawn, 12/05/06
07-DEA-477848, $16,000.00 U.S. Currency, Nashville, TN, Brown, Jonathan Thrall, 12/29/06
07-DEA-477852, $15,000.00 U.S. Currency, Nashville, TN, Jackson, Docarlo T., 12/29/06
**WESTERN DISTRICT OF TENNESSEE**
07-DEA-477679, $17,495.00 U.S. Currency, Memphis, TN, Gipson, Jason F., 12/19/06
07-DEA-477710, $3,500.00 U.S. Currency, Memphis, TN, Gipson, Jason F. and Smith, Jennifer Diane, 12/19/06
**EASTERN DISTRICT OF TEXAS**
07-DEA-476318, $4,251.00 U.S. Currency, Beaumont, TX, Jackson, Taurus Benard, 11/09/06
**NORTHERN DISTRICT OF TEXAS**
07-DEA-475278, $9,322.00 U.S. Currency, Fort Worth, TX, Pearce III, Franklin Edgar, 10/20/06
**SOUTHERN DISTRICT OF TEXAS**
07-DEA-477464, (309) Vehicle Rims, VL: $88,066.00, (71) Devino Tire Rims 20x9; (191) Incubus Tire Rims 20x9; (19) Akuza Tire Rims 20x9; (12) Panther Tire Rims 20x9; (16) Incubus BLM Tire Rims 20x9, Falfurrias, TX, Ochoa, Thomas, 12/02/06
07-DEA-477487, $859,140.00 U.S. Currency, Brownsville, TX, Rodriguez, Jose Manuel, 12/18/06
07-DEA-477678, $38,000.00 U.S. Currency, Alice, TX, Solis, Oziel, 12/21/06
07-DEA-477794, $917,288.00 U.S. Currency, Roma, TX, Canales, Robnita and Solis, Jorge, 12/19/06
07-DEA-477797, $1,000.00 U.S. Currency, Roma, TX, Solis, Jorge, 12/19/06
07-DEA-477800, $4,000.00 U.S. Currency, Houston, TX, Unidentified, 12/19/06
07-DEA-477806, 1996 Chevrolet Pace Arrow, 1GBLP37J6T3315899, Sarita, TX, Minton, Ricky Gwyn, 12/03/06
**DISTRICT OF UTAH**
07-DEA-477670, 1994 Chevrolet Corvette, 1G1YY22P8R5120287, Helper, UT, Davis, Barbara Lynn, 12/20/06
07-DEA-477672, $85,074.34 U.S. Currency, Helper, UT, Davis, Barbara Lynn, 12/20/06
**EASTERN DISTRICT OF VIRGINIA**
07-DEA-477741, 2004 Mercedes-Benz CLK500, WDBTK75G34T017857, Hampton, VA, Parker, Linwood, 12/17/06
07-DEA-477738, 2002 BMW 745i, WBAGL63432DP54666, Hampton, VA, Parker, Linwood, 12/17/06
07-DEA-477846, Assorted Jewelry, VL: $82,100.00, (1) Man's 18K Yellow Gold Rolex with Diamond Bezel and Dial, Ser No W959448; (1) Man's 14K White Gold Bracelet with Diamonds; (1) Man's 18K White Gold Princess Cut Diamond Stud Earring; (1) Man's 18K White Gold Ring with 50 Princess Cut Square Diamonds; (1) Round Cubic Zirconia set in 14K Yellow Gold; (1) 18K White Gold Lady's Ring Set with 1 Princess Cut Diamond, Ser No 51005408; (1) Man's 10K White Gold Rolex with Diamond Bezel and Dial, Ser No 8703742; (1) Man's 14K Yellow Gold 8" Link Bracelet; (1) Man's 10K Yellow Gold Ring Set with 1 Ct. of Princess Cut Diamonds; (1) Man's 14K Yellow Gold Chain and Christ Pendant, Hampton, VA, Parker, Linwood, 12/17/06
07-DEA-477897, Assorted Firearms, VL: $1,125.00, (1) Sturm Ruger Blackhawk .357 Magnum, 6 shot revolver, Color: Brown/black, Ser No 33-88392; (1) Winchester Model 140 Ranger, semi-automatic shotgun, Ser No N1026328; (1) Remington Sportsman 710, 270 Win. Rifle with Bushnell Mounted Rear Scope, Ser No 71332413, Chesterfield County, VA, Mahon, Gregory, 12/18/06
**DISTRICT OF VIRGIN ISLANDS**

07-DEA-477381, $16,000.00 U.S. Currency, Burbank, CA, Cuarlas, Jeremy, 12/15/06
07-DEA-477391, $10,940.00 U.S. Currency, Los Angeles, CA, Tennison, Shemen, 12/13/06
07-DEA-477399, 2001 Infinity QX4 SUV, JNRDR09Y11W224599, Lake Forest, CA, Mann, Jennifer Cynthia, 12/14/06
07-DEA-477557, 2000 Chevrolet Monte Carlo SS, 2G1WX12K4Y9225641, Compton, CA, Lopez, Victor Manuel, 11/30/06
07-DEA-477558, 2002 Jeep Grand Cherokee Laredo, 1J4GX48NX2C190404, Compton, CA, Lopez, Victor Manuel, 11/30/06
07-DEA-477559, 2005 Ford F-250 Truck, 1FTSW21P75EC00558, Perris, CA, Lopez, Victor Manuel, 11/29/06
**EASTERN DISTRICT OF CALIFORNIA**
07-DEA-476791, $20,000.00 U.S. Currency, Redding, CA, Robinson, Arleene, 11/08/06
07-DEA-477084, Black Sig Sauer Model P228 Semi Automatic Handgun, Ser No U622212, VL: $425.00, Corcoran, CA, Posadas, Mario AKA Garcia, Pedro AKA Lata, Mario Manuel AKA Torrez, Pedro and Chacon, Manuel AKA Alcaraz, Jesus AKA Alcaraz, Jesus Garcia AKA Garcia, Jesus AKA Rojas, Jesus AKA Valdivia-Rojas, Pedro, 10/26/06
**NORTHERN DISTRICT OF CALIFORNIA**
06-DEA-476607, Interarms Walther PPK .380 ACP Handgun, Ser No A007958, VL: $116.00, San Francisco, CA, Quinones, Jose, 03/29/06
07-DEA-477077, $73,908.00 U.S. Currency, Geyserville, CA, Gutierrez, Fomando Rendon AKA Renda, Fernando, 01/04/07
07-DEA-477229, $5,801.00 U.S. Currency, Fortuna, CA, Colter, Derrick, 12/06/06
07-DEA-477281, $225.00 U.S. Currency, Laytonville, CA, Augustyniak, Jason Forester and Filley, Rhiannon Lynn, 11/10/06
07-DEA-477288, $1,980.00 U.S. Currency, Laytonville, CA, Augustyniak, Jason Foester and Filley, Rhiannon Lynn, 11/18/06
07-DEA-477303, 2003 Chevrolet Tahoe, 1GNEC13T53J248856, Petaluma, CA, Bartolucci, Joseph, 12/20/06
**SOUTHERN DISTRICT OF CALIFORNIA**
07-DEA-477370, 1981 Chevrolet Silverado Truck, 2GCEC19Z9M1244857, Westmorland, CA, Ramos-Beltran, Gudberto Amulfo, 11/27/06
07-DEA-477441, $1,220.00 U.S. Currency, San Diego, CA, Pena, Armando Mejia, 12/22/06
07-DEA-477545, $7,220.00 U.S. Currency, San Diego, CA, Nunez, Jose Perez and Ramos, Rosa Maria, 12/27/06
07-DEA-477600, Cummins Jetscan Money Counter Machine, Model #4096, VL: $4,000.00, Vista, CA, Krikorian, Jason George, 11/29/06
07-DEA-477706, 2005 Ford Five Hundred SE, 1FAHP23105G165442, Niland, CA, Andrade-Lizarraga, Martin AKA Andrade, Martin Guillermo, 12/10/06
07-DEA-477862, (2) Glock Model 26 Handguns, Ser Nos HSZ 595 and HSZ 684, VL: $850.00, Chula Vista, CA, Ballesteros, Felipe, 11/28/06
**DISTRICT OF CONNECTICUT**
07-DEA-476731, $20,470.00 U.S. Currency, Hartford, CT, Welch, Devon, 11/17/06
07-DEA-477376, $28,126.00 U.S. Currency, Norwich, CT, Sczurek, Timothy, 12/01/06
**MIDDLE DISTRICT OF FLORIDA**
06-DEA-456362, $155,015.00 U.S. Currency, Sarasota, FL, Unidentified, 08/23/05
07-DEA-476966, $38,430.00 U.S. Currency, Belleview, FL, Perry, Michael James, 01/04/07
07-DEA-477166, $39,520.00 U.S. Currency, Titusville, FL, Visconti, Francis P., 11/29/06
07-DEA-477369, $12,020.00 U.S. Currency, Orlando, FL, Unidentified, 12/07/06
07-DEA-477384, $2,439.00 U.S. Currency, Orlando, FL, Claudio, Isaic, 12/07/06
07-DEA-477365, Wells Fargo Bank, Check #0064902440, VL: $2,000.00, Tampa, FL, Nelson, David, 12/06/06
07-DEA-477502, $2,442.00 U.S. Currency, Jacksonville, FL, Collins, John Davis, 12/18/06
07-DEA-477803, 2000 Dodge Intrepid Sedan, 2B3HD56J6YH231482, Sanford, FL, Jenkins, Andrew Anthony, 11/30/06
**NORTHERN DISTRICT OF FLORIDA**
06-DEA-472001, $7,121.01 U.S. Currency, Chiefland, FL, Clafley, Ronald W., 08/11/06
06-DEA-477608, Bank of America, Check #1318, VL: $3,250.00, Chiefland, FL, Clafley, Ronald W., 08/11/06
**SOUTHERN DISTRICT OF FLORIDA**
07-DEA-474237, 1976 Piper PA-31T Cheyenne, Tail Number N20MVE, Ser No 31T-7620057, Eng. Ser Nos PC-E-61172 (Turbo) and PC-E-61171, Miami, FL, Ozark Aircraft Sales, 10/05/06
07-DEA-474398, $103,144.00 U.S. Currency, Hialeah, FL, Adames, Victor and Espinal, Alondo Jose, 10/15/06
07-DEA-474400, $8,408.00 U.S. Currency, Miami, FL, Linares, Kevin Y., 10/16/06
07-DEA-477284, $895.00 U.S. Currency, Miami, FL, Lucas, Bernard, 11/30/06
07-DEA-477324, $41,980.00 U.S. Currency, West Palm Beach, FL, Salmeron, Alfredo and Pineda, Deybi, 12/11/06
07-DEA-477560, Lorcin Handgun and Mag with 12 Rounds 9mm Ammunition, Ser No LO48234, VL:

WESTERN DISTRICT OF WASHINGTON
07-DEA-476531, $2,159.00 U.S. Currency, Mount Vernon, WA, Santacruz-Rivera, Jesus, 12/01/06
07-DEA-477124, 1998 Honda Accord, 1HGCG1657WA805810, Mount Vernon, WA, Sanchez, Maria Elena, 12/01/06
07-DEA-477145, 2004 Honda Accord, 1HGCM56444A108458, Mount Vernon, WA, Ramirez, Sandra A. and Ramirez-Vega, Agustin, 12/01/06
07-DEA-477805, Safari Arms Model 61 .45 caliber semi-automatic handgun, Ser No AL200, VL: $350.00, Bothell, WA, Vega-Velazquez, Jesus, 12/07/06
EASTERN DISTRICT OF WISCONSIN
07-DEA-477063, 2005 Lexus IS 300, JTHBD192150095698, Milwaukee, WI, Tomcsombath, Chanthandt, 11/15/06
07-DEA-477223, $6,522.00 U.S. Currency, Brookville, WI, Burren, Patrick F., 12/18/06
07-DEA-477278, $20,270.00 U.S. Currency, Milwaukee, WI, McEwan, Paul, 12/18/06
07-DEA-477352, $9,742.00 U.S. Currency, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477356, $9,415.00 U.S. Currency, Waukesha, WI, Perez, Elias, 12/01/06
07-DEA-477367, $2,144.00 U.S. Currency, Milwaukee, WI, Moraz, Teodoro, 12/01/06
07-DEA-477371, $1,400.00 U.S. Currency, St Francis, WI, Moraz, Teodoro, 12/01/06
07-DEA-477374, $1,081.00 U.S. Currency, Milwaukee, WI, Cruz, Antonio, 12/01/06
07-DEA-477381, $870.00 U.S. Currency, Milwaukee, WI, Oblak, Andrew R., 12/01/06
07-DEA-477403, $800.00 U.S. Currency, Milwaukee, WI, Moreno, Fidel, 12/01/06
07-DEA-477434, 1998 GMC Safari Mini Van, 1GKDM19W3TB536179, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477437, 1996 Chevrolet Astro Van, 1GNDM19W7TB151310, Saint Francis, WI, Meraz, Teodoro, 12/01/06
07-DEA-477439, 2000 Nissan Altima Sedan, 1N4DL01A0YC130134, Milwaukee, WI, Cruz, Antonio J., 12/01/06
07-DEA-477446, 1995 Buick LeSabre Sedan, 1G4HP52L5SH452304, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477483, $4,970.00 U.S. Currency, Oshkosh, WI, Turick, Zachary J., 12/20/06
07-DEA-477508, $10,335.00 U.S. Currency, Milwaukee, WI, Pedrazin, Francisco, 12/08/06
07-DEA-477535, $20,399.00 U.S. Currency, Milwaukee, WI, Bowie, Darin, 12/14/06
07-DEA-477541, 2000 Mercedes Benz Truck, WDBEG4211Y7120647, Milwaukee, WI, Bowie, Darin, 12/14/06
07-DEA-477551, $8,429.79 U.S. Currency, New Berlin, WI, David, Robert W., 12/13/06
07-DEA-477552, U.S. Bank, Checking Account #1023761619R08, VL: $1,350.00, Milwaukee, WI, Bowie, Darin, 12/14/06
07-DEA-477596, $4,620.00 U.S. Currency, Milwaukee, WI, Walker, Deanne, 12/20/06
WESTERN DISTRICT OF WISCONSIN
07-DEA-477263, 2003 Chevrolet Malibu LS, 1G1NE52J03M640121, McFarland, WI, Schwartz, Jeffrey M., 12/20/06

**SECOND NOTICE**
**LAST DATE TO FILE MARCH 15, 2007**
**PLACE SEIZED, SEIZED FROM, DATE SEIZED**

DISTRICT OF ALASKA
07-DEA-477131, 1999 Cadillac Deville, 1G6KD54Y7XU732982, Anchorage, AK, Pate, Joshua Elijah, 11/30/06
07-DEA-477801, 1997 Dodge 2500 Diesel Pickup with Western Plow Snow, Ser No 1B7KF28D3VJ514087, and Ser No 81036573, Anchorage, AK, Mau, Yin Tak, 12/18/06
MIDDLE DISTRICT OF ALABAMA
07-DEA-476883, $8,005.00 U.S. Currency, Montgomery, AL, Echols, Malcolm, 12/04/06
07-DEA-476962, $11,210.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06
07-DEA-476969, $8,643.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06

07-DEA-477592, 2002 Cadillac Escalade, 3GYEK63N82G280182, Bainbridge, GA, Kylos, Tameka Lashaun Goss, 11/30/06
07-DEA-477602, 2002 GMC Yukon, 1GKEC13Z32R263557, Bainbridge, GA, Kylos, Charlie Dewayne, 11/30/06
07-DEA-477609, 2002 Honda Motorcycle, JH2SC500X2M007289, Bainbridge, GA, Kylos, Tameka Lashaun Goss, 11/30/06
NORTHERN DISTRICT OF GEORGIA
07-DEA-477081, 2003 Toyota Avalon, 4T1BF28B33U295631, Atlanta, GA, Alexis Motor Sales & Leasing, Inc., 11/09/06
07-DEA-477194, 2005 Chrysler 300, 2C3AA53G35H505386, Atlanta, GA, Wilson, Trudy, 11/13/06
07-DEA-477432, $9,385.00 U.S. Currency, Decatur, GA, Smalls III, Mitchell Antonious, 12/22/06
07-DEA-477440, $2,720.00 U.S. Currency, Duluth, GA, Brooks, Christopher L., 12/11/06
07-DEA-477503, $11,490.00 U.S. Currency, Atlanta, GA, Jones, Mahu L., 12/27/06
07-DEA-477509, $8,165.00 U.S. Currency, Atlanta, GA, Ngam, Pa Modou AKA Coker, Solomon, 12/27/06
07-DEA-477516, $16,772.00 U.S. Currency, Atlanta, GA, Phillips, Damon E., 12/27/06
07-DEA-477544, 2003 Lexus LX470, JTJHT00W833525488, Atlanta, GA, Spock, Christopher Lee, 12/13/06
DISTRICT OF HAWAII
07-DEA-477311, $24,700.00 U.S. Currency, Honolulu, HI, Padilla, Liborio, 12/12/06
NORTHERN DISTRICT OF IOWA
07-DEA-477108, $1,365.00 U.S. Currency, Marble, IA, Holub, Matthew, 11/25/06
CENTRAL DISTRICT OF ILLINOIS
07-DEA-477265, $4,000.00 U.S. Currency, Beardstown, IL, Baylea, Carl S., 11/20/06
07-DEA-477271, $4,365.00 U.S. Currency, Arenzville, IL, Flowers, Kathy D., 11/20/06
07-DEA-477277, $7,000.00 U.S. Currency, Monmouth, IL, Sanchez, Juan AKA Dentaz, Michael, 11/21/06
NORTHERN DISTRICT OF ILLINOIS
05-DEA-450520, 2000 Chevy Tahoe, 1GNEK13T7YJ137204, Chicago, IL, Wasz, Bradley J., 04/12/05
05-DEA-450626, $99,110.00 U.S. Currency, Chicago, IL, Wasz, Bradley J., 04/12/05
07-DEA-476868, $11,500.00 U.S. Currency, Elgin, IL, Lopez, Julisa, 11/28/06
07-DEA-477148, 2001 Ford Explorer Sport Truck, 1FMZU77EX1UB37250, Berwyn, IL, Bautista-Rivera, Juventino, 11/01/06
07-DEA-477202, 1999 Ford Explorer, 1FMZU34E0XZA28419, Chicago, IL, Aispuro, Jose Luis AKA Anaya, Miguel, 11/28/06
07-DEA-477274, $4,980.00 U.S. Currency, Rockford, IL, Woods, Vernon, 11/21/06
SOUTHERN DISTRICT OF ILLINOIS
07-DEA-476942, $8,422.00 U.S. Currency, Pontoon Beach, IL, Fernandez, Adrian, 11/28/06
07-DEA-476966, $3,120.00 U.S. Currency, Pontoon Beach, IL, Fernandez, Adrian, 11/28/06
07-DEA-477449, $65,680.00 U.S. Currency, Edwardsville, IL, Mitchell Jr., John E. and Clark, Monisan T., 12/12/06
NORTHERN DISTRICT OF INDIANA
07-DEA-476858, $3,022.00 U.S. Currency, East Chicago, IN, Santos, Flor, 11/17/06
07-DEA-476985, 1997 GMC Savana G1500 Van, 1GDFG15R9V1043493, Michigan City, IN, Wood, Robert, 11/10/06
07-DEA-476972, $1,772.00 U.S. Currency, Merrillville, IN, Rodriguez-Guevara, Simon, 11/28/06
SOUTHERN DISTRICT OF INDIANA
07-DEA-477151, $20,580.00 U.S. Currency, Evansville, IN, Beverly III, William C., 11/28/06
07-DEA-477252, $6,132.00 U.S. Currency, Indianapolis, IN, Greene, Joseph, 11/22/06
DISTRICT OF KANSAS
07-DEA-476876, $6,975.00 U.S. Currency, Kansas City, KS, Davila, Jose Luis Cruz, 12/04/06
07-DEA-477317, $25,900.00 U.S. Currency, Wichita, KS, Kochn, Troy C., 12/13/06

07-DEA-477461, 2004 Yamaha Raptor 350 ATV, JY4AM12Y04C001710, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477471, 2000 Cadillac Eldorado ETC Coupe, 1G6ET1298YB701287, Union, NY, Niles, Frank, 12/12/06
07-DEA-477474, 1980 Harley Davidson Motorcycle, 7G33665J0, Union, NY, Niles, Frank, 12/12/06
SOUTHERN DISTRICT OF NEW YORK
07-DEA-477083, $2,420.00 U.S. Currency, New York, NY, Zayas-Rojo, Moisés, 12/08/06
07-DEA-477245, $6,800.00 U.S. Currency, Walden, NY, King, Dozario and Avant, Lonique M., 11/22/06
07-DEA-477312, $44,980.00 U.S. Currency, Bronx, NY, Park, Mingl, 12/15/06
07-DEA-477460, $80,000.00 U.S. Currency, Yonkers, NY, Cruz-Soto, Jorge and Henry, Lonnox, 12/18/06
WESTERN DISTRICT OF NEW YORK
07-DEA-477197, $56,985.00 U.S. Currency, Buffalo, NY, Jarrett, Randy and Jarrett, Catherine, 12/18/06
07-DEA-477642, $5,808.00 U.S. Currency, Niagara Falls, NY, Patterson III, Donald Ray AKA Andre III, Donald R. AKA Andre Martin III, Donald R. AKA Martin III, Donald R. AKA Martin, Andre AKA Patterson III, Donald D. AKA Patterson, Andre Martin AKA Patterson, Donnie AKA Patterson, Donnie Londom AKA Patterson, Donnie Ledam AKA Patterson, Ledam, 12/13/06
NORTHERN DISTRICT OF OHIO
07-DEA-477218, $29,007.00 U.S. Currency, Cleveland, OH, Kerr, Carl AKA Kerr, Carl A. AKA Kerr, Carl Anthony AKA Kerr, Mario, 12/05/06
SOUTHERN DISTRICT OF OHIO
06-DEA-467878, 2002 Volvo Tractor Truck, 4V4NC9RJ82N328528, Columbus, OH, Solis, Sergio Solis AKA Solis, Sergio, 04/26/06
07-DEA-476816, $8,592.00 U.S. Currency, Englewood, OH, Hendricks, Jessica D., 12/04/06
07-DEA-477228, 2000 Chevrolet Suburban, 3GNFK16T2YG130554, Columbus, OH, Green, Germaine Kingsley AKA Green, Jermaine K., 12/13/06
07-DEA-477246, $3,890.00 U.S. Currency, Galloway, OH, Garcia-Valdomarro, Enriqueta, 12/06/06
DISTRICT OF OREGON
07-DEA-476614, $18,300.00 U.S. Currency, Springfield, OR, Guzman, Juan Jose, 12/04/06
07-DEA-476896, $11,500.00 U.S. Currency, Klamath Falls, OR, Nevarez-Tellez, Eduardo AKA Tellez-Estrada, Nestor, 12/21/06
EASTERN DISTRICT OF PENNSYLVANIA
07-DEA-476765, $355,290.00 U.S. Currency, Philadelphia, PA, Alatorre, Ricardo, 12/05/06
07-DEA-476792, Ingram Model MIOAI 9mm Pistol, Ser No 59033665, VL: $190.00, Philadelphia, PA, Henry, Todd, 12/05/06
07-DEA-477074, 1999 Freightliner Tractor, 1FUYSSZB3XPA18414, Broomall, PA, Petrosyan, Kotch, 11/30/06
07-DEA-477320, $18,637.00 U.S. Currency, Philadelphia, PA, White, Ravon, 12/13/06
07-DEA-477379, $8,208.00 U.S. Currency, Allentown, PA, Rodriguez, Ariel, 12/05/06
07-DEA-477409, $8,000.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/05/06
07-DEA-477429, $861,336.00 U.S. Currency, Whitehall, PA, Cadono, Jose, 12/05/06
07-DEA-477475, $17,700.00 U.S. Currency, Palmer Township, PA, Jimenez, Pedro, 12/05/06
07-DEA-477484, $2,184.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/05/06
07-DEA-477505, $52,320.00 U.S. Currency, Lancaster, PA, Dolgndo, Harry, 12/06/06
07-DEA-477518, $45,000.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/12/06
07-DEA-477520, $4,142.00 U.S. Currency, Allentown, PA, Martinez-Basora, Alejandro, 12/05/06
MIDDLE DISTRICT OF PENNSYLVANIA
07-DEA-476737, Citizens Bank, Account #6314289557, VL: $6,987.07, Clarks Summit, PA, Nguyen, Lan Thi and Nguyen, Hoan Van, 11/22/06
07-DEA-477152, Alliance Bank, Account #499380, VL: $8,365.60, Broomall, PA, Huang, Lan Yang, 12/18/06

Valley, AZ, Munoz, Shed Ann, 11/19/06
07-DEA-477330, (2) Assorted Weapons, VL: $650.00, (1) Kimber Tactical II Series .45 Caliber/Ammunition, Ser No K139247; and (1) Intratec Tech 9 with Magazine/Ammunition, Ser No 34494, Yuma, AZ, Sanchez, Manuel Chee, 12/16/06
CENTRAL DISTRICT OF CALIFORNIA
07-DEA-476698, $19,398.00 U.S. Currency, Costa Mesa, CA, Byrne, Jeffrey M., 11/15/06
07-DEA-476894, $3,816.00 U.S. Currency, Rialto, CA, Medina, Mario, 12/06/06
07-DEA-476996, (2) Union Bank of California Accounts, VL: $16,394.48, Account #1291144754; and Account #1291146973, Manhattan Beach, CA, Blair, Wayne AKA Brooks, Paul, 12/01/06
07-DEA-477014, $30,010.00 U.S. Currency, Los Angeles, CA, Walker IV, Marcus Curtis, 11/20/06
07-DEA-477084, $15,450.00 U.S. Currency, Los Angeles, CA, Cannon, Dana Joseph, 11/28/06
07-DEA-477249, $24,521.00 U.S. Currency, Los Angeles, CA, Chrowski, Donald, 12/13/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-475948, Miscellaneous Grow Equipment, VL: $32,472.00, (60) Raidant reflectors (grow lights); (60) HP sodium light bulbs; (30) ballasts; (4) Fantech model fans; (4) Fentech carbon filters; (5) Square, aluminum box fans, Stockton, CA, Zeng, Hong Bi and Tang, Terry Lee and Zhou, Jia Pei, 10/20/06
06-DEA-476048, Miscellaneous Grow Equipment, VL: $860.00, (4) Phat Filters, Model 350A, Stockton, CA, Lee, Leigh, 10/20/06
06-DEA-476150, Miscellaneous Grow Equipment, VL: $800.00, (4) Phat Filters, Model 350A, Stockton, CA, Yau, Ka Wai, 10/20/06
07-DEA-476620, $43,050.00 U.S. Currency, Delhi, CA, Ramos, Arnoldo and Balthazar, Jorge Raul, 10/12/06
07-DEA-477081, 2003 Cadillac CTS, 1G6DM57N530162383, Fresno, CA, Soto, Jose Antonio and Soto, Lorraine AKA Garcia, Lorraine, 11/30/06
07-DEA-477094, 2004 Chevrolet Silverado P/U Truck, 1GCEC19V14Z344486, Fresno, CA, Gonzalez, Javier Gomez and Gonzalez, Rosa, 12/13/06
NORTHERN DISTRICT OF CALIFORNIA
07-DEA-476856, $78,780.00 U.S. Currency, San Jose, CA, Lara, Jorge, 11/13/06
07-DEA-476766, $18,500.00 U.S. Currency, Cloverdale, CA, Chavez, Ricardo, 11/27/06
07-DEA-476827, Intratec Star B. Echeverria S.A. 9mm Caliber Pistol, Ser No 1778094, VL: $200.00, Oakland, CA, Torres, Rodolfo, 11/14/06
07-DEA-476832, Bryco Arms .380mm Caliber Semi-Auto Pistol, Ser No 1230475, VL: $30.00, Oakland, CA, Carmona, Abraham, 11/14/06
07-DEA-476834, Glock 17 9mm Caliber Semi-Auto Pistol, Ser No CC037, VL: $250.00, Oakland, CA, Martinez-Mendez, Juan Pedro and Martinez, Valentin, 11/14/06
07-DEA-476839, Davis Industries P-380 .380mm Caliber S Auto Pistol, Ser No AP113805, VL: $35.00, Oakland, CA, Martinez-Mendez, Juan Pedro and Martinez, Valentin, 11/14/06
07-DEA-476843, Colt Hammerless .380mm Caliber Semi-Auto Pistol, Ser No 125994, VL: $50.00, Oakland, CA, Torres, Rodolfo, 11/14/06
SOUTHERN DISTRICT OF CALIFORNIA
07-DEA-476702, $1,690.00 U.S. Currency, Vista, CA, Ulrich, Martin Andrew, 11/30/06
07-DEA-476739, $2,246.00 U.S. Currency, Fallbrook, CA, Crook, Ashley James, 12/06/06
07-DEA-476862, $1,159.00 U.S. Currency, Santee, CA, Obrien, Vincent John AKA Hines, Joseph, 12/06/06
07-DEA-477057, $1,514.00 U.S. Currency, San Diego, CA, Horind, Scott Randall, 12/13/06
07-DEA-477143, $1,876,575.00 U.S. Currency, Vista, CA, Kirkorian, Jason George, 12/15/06
07-DEA-477177, $1,829.00 U.S. Currency, San Diego, CA, Palmer, Craig Arthur, 12/18/06
07-DEA-477214, 2006 Yamaha YZF-R6S Raven Motorcycle, JYARJ06Y96A976911, National City, CA, Angulo, Luis Rene, 12/07/06
07-DEA-477221, 1999 Toyota 4Runner SUV, JT3GN86R6X0098416, Fallbrook, CA, Crook, Ashley James, 12/20/06

07-DEA-476671, Wells Fargo Bank, NA Account #0925312365, VL: $12,514.67, Menominee, MI, Dr. Louis J. Cannella dba Urgent Care, 11/28/06
EASTERN DISTRICT OF MISSOURI
07-DEA-476856, 1998 Chevrolet Monte Carlo, 2G1WW12M1W9327710, St. Louis, MO, Haire, Dorman K., 11/28/06
07-DEA-476894, 1997 Ford Explorer XLT 4WD, 1FMDU34X9VUB01287, Rolla, MO, Valazquez, Leopoldo and Mata-Tovizon, Rosa Elia, 12/05/06
07-DEA-476921, $1,708.00 U.S. Currency, St. Louis, MO, Haire, Dorman K., 11/28/06
07-DEA-477062, $5,143.00 U.S. Currency, St. Charles, MO, Jordan, William C., 12/08/06
WESTERN DISTRICT OF MISSOURI
07-DEA-476773, $5,610.00 U.S. Currency, Kansas City, MO, Gonzalez, Roberto AKA Gonzales, Robert, 11/29/06
EASTERN DISTRICT OF NORTH CAROLINA
07-DEA-477162, 2000 Freightliner Tractor Truck, 1FUYDSEB0YPA84833, St. Pauls, NC, Fort, Willie Allen, 12/04/06
07-DEA-477167, 1994 Stoughton Trailer, 1DW1A5324RS845885, St. Pauls, NC, Fort, Willie Allen, 12/04/06
07-DEA-477180, 2000 Ford F-150, 1FTRX17W8YNA14597, St. Pauls, NC, Alford, Craig Dececric, 12/04/06
07-DEA-477181, $20,200.00 U.S. Currency, Pine Tops, NC, Marcos, Antonio Aaron and Mills, Sean Jermaine, 12/08/06
07-DEA-477188, $4,850.00 U.S. Currency, Pine Tops, NC, Mills, Sean Jermaine, 12/08/06
MIDDLE DISTRICT OF NORTH CAROLINA
07-DEA-477280, $8,882.64 U.S. Currency, Winston Salem, NC, Wood, Sean Michael, 12/20/06
07-DEA-477322, $320,678.00 U.S. Currency, Lexington, NC, Saldivar-Pinedo, Alonso, 12/19/06
WESTERN DISTRICT OF NORTH CAROLINA
07-DEA-477354, $288,785.00 U.S. Currency, Gastonia, NC, Jaimes-Lopez, Uriel Adan, 12/21/06
DISTRICT OF NORTH DAKOTA
07-DEA-476629, Cashier's Check #0420600131, Wells Fargo Bank, VL: $18,236.61, Minot, ND, Voeller, Robin, 11/29/06
DISTRICT OF NEBRASKA
07-DEA-476994, $15,058.00 U.S. Currency, Omaha, NE, Padilla-Miranda, Juan and Padilla-Herrera, Rocio, 12/08/06
DISTRICT OF NEW JERSEY
07-DEA-476727, $44,950.00 U.S. Currency, Carney's Point, NJ, Cilera, Daniel J. and Stecknick, Michael, 11/14/06
07-DEA-476808, 2000 Ford Explorer, 1FMZU73X3YUB40475, Elizabeth, NJ, Cardenas, Jonathan, 11/20/06
07-DEA-476895, 2000 Audi A6, WAUZL54B2YN000485, Elizabeth, NJ, Nimoi, Leonard, 11/20/06
DISTRICT OF NEW MEXICO
07-DEA-476696, $3,079.00 U.S. Currency, Las Cruces, NM, Lujan-Chavez, Mario, 12/02/06
07-DEA-476716, $67,300.00 U.S. Currency, Bernalillo, NM, Swain, Jessica, 12/01/06
07-DEA-476782, $3,345.00 U.S. Currency, Albuquerque, NM, Alarcon-Martinez, Rafael, 11/20/06
07-DEA-476929, 2000 Ford Explorer SUV Truck, 1FMDU66P2YZA24782, Santa Fe, NM, Munoz-Rojo, Adalberto, 12/11/06
07-DEA-476932, 2006 Loadrunner Trailer, 4RACS08116K013578, Santa Fe, NM, Munoz-Rojo, Adalberto, 12/11/06
07-DEA-477012, $103,000.00 U.S. Currency, Albuquerque, NM, Carranza-Contreras, Eliezar, 12/08/06
DISTRICT OF NEVADA
07-DEA-476949, $8,016.00 U.S. Currency, Reno, NV, Ngo, Trung Thai, 12/12/06
07-DEA-477169, $135,010.00 U.S. Currency, Las Vegas, NV, Cisneros-Nunez, Darck AKA Cisneros, Gambino, 11/29/06
EASTERN DISTRICT OF NEW YORK
07-DEA-477158, $8,566.00 U.S. Currency, Brentwood, NY, Young, Nevita, 12/06/06
NORTHERN DISTRICT OF NEW YORK
07-DEA-476916, $35,975.00 U.S. Currency, E. Syracuse, NY, Hobart, Michael, 12/05/06

47746O

# LEGAL NOTICE

## ATTENTION

...or forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances ... the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, ...tle 28, Code of Federal Regulations, Part 9. Correspondence sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug ...remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the ...request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. A petition, claim, or other correspondence ...missions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants ...ng or other activities.

07-DEA-477825, $9,253.00 U.S. Currency, Winterville, NC, Coppedge, Donnell, 01/05/07
07-DEA-477873, $7,200.00 U.S. Currency, Raleigh, NC, Huynh, Han Hoel, 12/28/06

MIDDLE DISTRICT OF NORTH CAROLINA
07-DEA-477682, $2,040.00 U.S. Currency, Winston Salem, NC, Renforth, Anayah, 12/20/06
07-DEA-477850, $3,713.23 U.S. Currency, Winston Salem, NC, Springs, Lisa Rene, 01/03/07
07-DEA-477915, 2003 Nissan 350Z, JN1AZ34E43T002843, Greensboro, NC, Brumby Jr., Joseph, 12/01/06

WESTERN DISTRICT OF NORTH CAROLINA
07-DEA-477759, $2,802.00 U.S. Currency, Lenoir, NC, Dub. Sterling Dion and Cordell, Daisy Lou, 12/28/06
07-DEA-477817, $9,002.00 U.S. Currency, Charlotte, NC, Ramirez-Mora, Osiel AKA Ramirez, Carlos Quinteroz, 01/03/07
07-DEA-477847, $8,052.00 U.S. Currency, Mayhaw, NC, Berkobile, Christopher Rhyan, 01/05/07
07-DEA-477940, $3,637.00 U.S. Currency, Lenoir, NC, Scroggins, Latisha Renea AKA Johnson, Latisha AKA Tish, 12/13/06

DISTRICT OF NEBRASKA
07-DEA-477242, $100,980.00 U.S. Currency, Douglas County, NE, Golding, Mark Anthony AKA Mer. Darnell and Willis, Arkrts, 12/18/06
07-DEA-477567, 2002 GMC Sierra Pickup, 1GTEK14V82Z274871, Lincoln County, NE, Reyes, Bernardo and Hernandez, Juan, 12/26/06

DISTRICT OF NEW JERSEY
07-DEA-477205, 2003 Ford Focus SE, 1FAFP34PX3W287580, Elmwood Park, NJ, Johnson, Norman G., 12/06/06
07-DEA-477444, PNC Bank, Check #4928, VL: $18,740.74, Account #8131201567, Newark, NJ, ...omar, Luis, 12/14/06

DISTRICT OF NEVADA
07-DEA-476093, $405,320.00 U.S. Currency, Las Vegas, NV, Bang, Chi Anh, 11/08/06
07-DEA-477787, $26,950.00 U.S. Currency, ...parks, NV, Shuman, Brandon Lee, 01/04/07
07-DEA-477909, $102,670.00 U.S. Currency, Las Vegas, NV, Antonio-Estrella, George, 12/07/06

EASTERN DISTRICT OF NEW YORK
07-DEA-477280, $245,075.00 U.S. Currency, ...rooklyn, NY, Mosquera, Aldemar, 12/13/06
07-DEA-477477, $11,485.00 U.S. Currency, ...ueens, NY, Jordan, Eskrit, 12/14/06

NORTHERN DISTRICT OF NEW YORK
07-DEA-477479, 1992 Toyota 4-Runner SR5, JT3VN39W8N0078286, Johnson City, NY, Cron, ...ry Germaine, 12/17/06
07-DEA-477727, $13,685.00 U.S. Currency, ...own Point, NY, Frazier, Andrea and Frazier, ...mol, 12/08/06
07-DEA-477729, 2004 Cadillac Escalade SUV, ...YEK63N24R105449, Crown Point, NY, Frazier, ...drea and Frazier, Jamal, 12/08/06
07-DEA-477730, 1999 Cadillac Escalade SUV, ...YEK13RXXR401589, Crown Point, NY, Frazier, ...drea and Frazier, Jamal, 12/08/06

SOUTHERN DISTRICT OF NEW YORK
07-DEA-477166, $8,869.00 U.S. Currency, ...ewburgh, NY, Allen, James and Francis, Norris, ...22/06
07-DEA-477173, $15,248.00 U.S. Currency, ...nkers, NY, Gutierrez-De Bonilla, Sissy and ...illa, Manuel L., 12/08/06
07-DEA-477468, $9,517.53 U.S. Currency, New ...ndsor, NY, Gasparini, Brennan N., 12/15/06
07-DEA-477482, $55,250.00 U.S. Currency, New ...ndsor, NY, Gasparini, Brennan N., 12/15/06
07-DEA-477876, $6,000.00 U.S. Currency, Bronx, ... Vidal, Edward E., 12/20/06

WESTERN DISTRICT OF NEW YORK
07-DEA-471664, 2001 Jeep Grand Cherokee, ...GW48N81C516614, Cheektowaga, NY, ...tin, Cedric J., 08/04/06
07-DEA-477486, $13,388.00 U.S. Currency, ...chester, NY, Little, Gerard D., 12/19/06
07-DEA-477487, $2,554.00 U.S. Currency, ...chester, NY, Edwards, George, 12/19/06
07-DEA-477489, $3,186.00 U.S. Currency, ...chester, NY, Hucci, Andy, 12/20/06
07-DEA-477689, $5,785.00 U.S. Currency, ...chester, NY, Perez, Jesus, 12/14/06
07-DEA-477736, $10,607.00 U.S. Currency, ...alo, NY, Frick, Daniel M., 12/22/06

NORTHERN DISTRICT OF OHIO
07-DEA-477199, $8,095.00 U.S. Currency, Bolen ...Dostie, Alonzo, 12/04/06
07-DEA-477538, $20,474.12 U.S. Currency, ...on, OH, Riley, Gregory Eugene AKA Bigg, X ...Moniker, Bigg AKA Ricy, Gregory, 12/28/06
07-DEA-477550, $22,640.00 U.S. Currency, ...ngstown, OH, Hall, Dal Alonzo, 12/20/06
07-DEA-477632, $2,761.00 U.S. Currency, ...ton, OH, Phillips, Lachon AKA Phillips, ...on D. AKA Phillips, Lachon Damont AKA ...bs, Lachon Demont AKA Phillips, Smooth ...0/06

SOUTHERN DISTRICT OF OHIO
07-DEA-477295, Assorted Weapons, VL: $100, (1) Harrington & Richardson Topper 88, ...No AY400271; (1) Grendel P-10N .380 caliber, ...Ser No 26397, Buckeye Lake, OH ...ndo, Lee Michael AKA Aldridge, Lee M., ...1/06

07-DEA-477496, $2,220.00 U.S. Currency, South Burlington, VT, Cutler, Jared, 12/12/06
07-DEA-477498, $5,980.00 U.S. Currency, South Burlington, VT, Morton, Michael AKA Buford, Taurean, 12/05/06

WESTERN DISTRICT OF WASHINGTON
07-DEA-476651, $2,168.00 U.S. Currency, Mount Vernon, WA, Santacruz-Rivera, Jesus, 12/01/06
07-DEA-477124, 1998 Honda Accord, 1HGCG1657WA805810, Mount Vernon, WA, Sanchez, Maria Elena, 12/01/06
07-DEA-477145, 2004 Honda Accord, 1HGCM56444A108468, Mount Vernon, WA, Ramirez, Sandra A. and Ramirez-Vega, Agustin, 12/01/06
07-DEA-477605, Safari Arms Model 61 .45 caliber semi-automatic handgun, Ser No AL200, VL: $550.00, Rothell, WA, Vega-Velazquez, Jesus, 12/07/06

EASTERN DISTRICT OF WISCONSIN
07-DEA-477083, 2005 Lexus IS 300, JTHBD192150095580, Milwaukee, WI, Homesombath, Chanthanet, 11/15/06
07-DEA-477223, $6,822.00 U.S. Currency, Reedsville, WI, Burman, Patrick F., 12/18/06
07-DEA-477278, $20,270.00 U.S. Currency, Milwaukee, WI, McEwen, Paul, 12/10/06
07-DEA-477352, $9,742.00 U.S. Currency, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477356, $9,415.00 U.S. Currency, Waukesha, WI, Perez, Elias, 12/01/06
07-DEA-477367, $2,144.00 U.S. Currency, Milwaukee, WI, Meraz, Teodoro, 12/01/06
07-DEA-477371, $1,400.00 U.S. Currency, St Francis, WI, Meraz, Teodoro, 12/01/06
07-DEA-477374, $1,081.00 U.S. Currency, Milwaukee, WI, Cruz, Antonio, 12/01/06
07-DEA-477381, $870.00 U.S. Currency, Milwaukee, WI, Oblak, Andrew R., 12/01/06
07-DEA-477403, $800.00 U.S. Currency, Milwaukee, WI, Moreno, Fidel, 12/01/06
07-DEA-477434, 1996 GMC Safari Mini Van, 1GKDM19W3TB528179, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477437, 1998 Chevrolet Astro Van, 1GNDM19W7TB151310, Saint Francis, WI, Meraz, Teodoro, 12/01/06
07-DEA-477439, 2000 Nissan Altima Sedan, 1N4DL01A0YC130134, Milwaukee, WI, Cruz, Antonio J., 12/01/06
07-DEA-477446, 1995 Buick Lesabre Sedan, 1G4HP52L5SH452304, Waukesha, WI, Valdez, Daniel, 12/01/06
07-DEA-477483, $4,970.00 U.S. Currency, Oshkosh, WI, Turich, Zachary J., 12/20/06
07-DEA-477500, $10,336.00 U.S. Currency, Milwaukee, WI, Pedroza, Francisco, 12/08/06
07-DEA-477536, $20,398.00 U.S. Currency, Milwaukee, WI, Bowie, Darin, 12/14/06
07-DEA-477541, 2000 Mercedes Benz Truck, WDBBG421YY120647, Milwaukee, WI, Bowie, Darin, 12/14/06
07-DEA-477551, $8,429.79 U.S. Currency, New Berlin, WI, David, Robert W., 12/13/06
07-DEA-477552, U.S. Bank, Checking Account #182371619806, VL: $1,350.00, Milwaukee, WI, Bowie, Darin, 12/20/06
07-DEA-477596, $4,620.00 U.S. Currency, Milwaukee, WI, Walker, Deanna, 12/20/06

WESTERN DISTRICT OF WISCONSIN
07-DEA-477393, 2003 Chevrolet Malibu LS, 1G1NE52JX3M640121, McFarland, WI, Schwartz, Jeffrey M., 12/20/06

THIRD NOTICE
LAST DATE TO FILE MARCH 16, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
07-DEA-477131, 1992 Cadillac Deville, 1G6KD54Y7XU732882, Anchorage, AK, Pate, Joshua Elijah, 11/30/06
07-DEA-477601, 1997 Dodge 2500 Diesel Pickup with Western Plow Snow, Ser No 1B7KF26D3VJ514097; and Ser No B1035973, Anchorage, AK, Miu, Yin Tak, 12/18/06

MIDDLE DISTRICT OF ALABAMA
07-DEA-476883, $6,005.00 U.S. Currency, Montgomery, AL, Echols, Malcolm, 12/04/06
07-DEA-476962, $11,210.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06
07-DEA-476969, $8,643.00 U.S. Currency, Montgomery, AL, Garth, Simonetta, 12/01/06
07-DEA-476978, $3,995.00 U.S. Currency, Montgomery, AL, Dotory, Antonio, 11/30/06
07-DEA-477293, $153,280.00 U.S. Currency, Montgomery, AL, Gamica, Rene, 12/11/06
07-DEA-477347, $3,880.00 U.S. Currency, Montgomery, AL, Gamica, Raul, 12/11/06

SOUTHERN DISTRICT OF ALABAMA
07-DEA-477087, $1,217,955.00 U.S. Currency, Baldwin County, AL, Armijo, Mauricio Jonathan AKA Orozco, Mancy Francisco, 12/10/06
07-DEA-477088, 2006 Ford F350 Supercab XL, 1FTWX31P86EC80569, Baldwin County, AL, Armijo, Mauricio Jonathan AKA Orozco, Mancy Francisco, 12/10/06

EASTERN DISTRICT OF ARKANSAS
07-DEA-477253, $2,843.00 U.S. Currency, Little Rock, AR, Turner, Keith, 12/07/06

DISTRICT OF ARIZONA

BER237971, VL: $1.00, Miami, FL, Rodriguez, Ricardo, 11/08/06

MIDDLE DISTRICT OF GEORGIA
07-DEA-476141, $828,070.00 U.S. Currency, Jackson, GA, Cheema, Joginder Singh, 11/18/06
07-DEA-477503, $37,380.00 U.S. Currency, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06
07-DEA-477592, 2002 Cadillac Escalade, 3GYEK63N82G280162, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06
07-DEA-477602, 2002 GMC Yukon, 1GKEC16Z32J263657, Bainbridge, GA, Kyles, Charlie Dewayne, 11/30/06
07-DEA-477609, 2002 Honda Motorcycle, JH2SC600X2M007389, Bainbridge, GA, Kyles, Tameka Lashaun Goss, 11/30/06

NORTHERN DISTRICT OF GEORGIA
07-DEA-477081, 2003 Toyota Avalon, 4T1BF28B33U289831, Atlanta, GA, Alexis Motors Sales & Leasing, Inc., 11/09/06
07-DEA-477194, 2005 Chrysler 300, 2C3AA63H35H505396, Atlanta, GA, Wilson, Trudy, 11/13/06
07-DEA-477432, $8,395.00 U.S. Currency, Doraville, GA, Smalls III, Mitchell Antonious, 12/22/06
07-DEA-477440, $2,720.00 U.S. Currency, Duluth, GA, Brooks, Christopher L., 12/11/06
07-DEA-477503, $11,480.00 U.S. Currency, Atlanta, GA, Jones, Marcu L., 12/27/06
07-DEA-477509, $6,085.00 U.S. Currency, Atlanta, GA, Ngom, Pa Modou AKA Coker, Solomon, 12/27/06
07-DEA-477510, $16,777.00 U.S. Currency, Atlanta, GA, Phillips, Damon E., 12/27/06
07-DEA-477544, 2003 Lexus LX470, JTJHT00W633525485, Atlanta, GA, Spock, Christopher Lee, 12/13/06

DISTRICT OF HAWAII
07-DEA-477311, $24,700.00 U.S. Currency, Honolulu, HI, Padilla, Liberto, 12/12/06

NORTHERN DISTRICT OF IOWA
07-DEA-477106, $1,055.00 U.S. Currency, Marcello, IA, Holub, Matthew, 11/25/06

CENTRAL DISTRICT OF ILLINOIS
07-DEA-477266, $4,000.00 U.S. Currency, Beardstown, IL, Bayles, Carl S., 11/20/06
07-DEA-477271, $4,365.00 U.S. Currency, Arcrovlle, IL, Flowers, Kathy D., 11/20/06
07-DEA-477277, $5,000.00 U.S. Currency, Monmouth, IL, Sanchez, Juan AKA Benitez, Michael, 11/21/06

NORTHERN DISTRICT OF ILLINOIS
05-DEA-460629, 2000 Chevy Tahoe, 1GNEK13T7YJ137204, Chicago, IL, Warz, Bradley J., 04/12/05
05-DEA-450626, $99,110.00 U.S. Currency, Chicago, IL, Wasz, Bradley J., 04/12/05
07-DEA-476068, $11,500.00 U.S. Currency, Elgin, IL, Lopez, Julius, 11/28/06
07-DEA-477148, 2001 Ford Explorer Sport Track, 1FMZU77EX1UB37750, Berwyn, IL, Saulsia-Rivera, Juvenano, 11/01/06
07-DEA-477202, 1998 Ford Explorer, 1FMZU34E0XZA25419, Chicago, IL, Aispuro, Jose Luis AKA Anaya, Miguel, 11/20/05
07-DEA-477274, $4,980.00 U.S. Currency, Rockford, IL, Woods, Vernon, 11/21/06

SOUTHERN DISTRICT OF ILLINOIS
07-DEA-476942, $6,422.00 U.S. Currency, Pontoon Beach, IL, Fernandez, Adrian, 11/28/06
07-DEA-476995, $3,120.00 U.S. Currency, Pontoon Beach, IL, Fernandez, Adrian, 11/28/06
07-DEA-477449, $65,800.00 U.S. Currency, Edwardsville, IL, Mitchell Jr., John E. and Clark, Montoan T., 12/12/06

NORTHERN DISTRICT OF INDIANA
07-DEA-476958, $3,022.00 U.S. Currency, East Chicago, IN, Santos, Flor, 11/17/06
07-DEA-476963, 1997 GMC Savana G1500 Van, 1GDFG15R9V1043493, Michigan City, IN, Wood, Robert, 11/10/06
07-DEA-476973, $1,772.00 U.S. Currency, Merrillville, IN, Rodriguez-Guevara, Simon, 11/29/06

SOUTHERN DISTRICT OF INDIANA
07-DEA-477151, $20,580.00 U.S. Currency, Evansville, IN, Beverly III, William C., 11/28/06
07-DEA-477292, $6,130.00 U.S. Currency, Indianapolis, IN, Greene, Joseph, 11/22/06

DISTRICT OF KANSAS
07-DEA-476875, $6,275.00 U.S. Currency, Kansas City, KS, Davila, Jose Luis Cruz, 12/04/06
07-DEA-477357, $25,800.00 U.S. Currency, Wichita, KS, Koehn, Terry C., 12/13/06

EASTERN DISTRICT OF KENTUCKY
07-DEA-476957, $50,000.00 U.S. Currency, Whitley City, KY, The Clerk of McCreary Circuit Court, 12/04/06
07-DEA-477217, $50,000.00 U.S. Currency, Hazard, KY, The Perry County Clerk's Office, 12/14/06

DISTRICT OF MASSACHUSETTS
07-DEA-476890, 2004 Ford F150 Pick Up Truck, 1FTRX14W84NC57607, Leominster, MA, Mayoral, Miguel, 11/11/06
07-DEA-476898, 2004 Cadillac Deville, 1G6KD54Y94U239484, Fitchburg, MA, Araujo, Sebasti, Ariel, 11/27/06

DISTRICT OF MARYLAND

07-DEA-477453, 2000 Indian Chief Motorcycle, 5CDCNBS14YR004169, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477454, 1999 Mazda B4000 Pickup Truck, 4F4ZR17X7WTM38860, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477458, 1990 Rebuilt Custom Motorcycle, AZ298147, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477461, 2004 Yamaha Raptor 350 ATV, JY4AH12Y04C001710, Glen Aubrey, NY, Parkes, Ralph, 12/12/06
07-DEA-477471, 2000 Cadillac Eldorado ETC Coupe, 1G6ET1298YB701287, Union, NY, Niles, Frank, 12/12/06
07-DEA-477474, 1980 Harley Davidson Motorcycle, 7G3356GJ0, Union, NY, Niles, Frank, 12/12/06

SOUTHERN DISTRICT OF NEW YORK
07-DEA-477063, $2,420.00 U.S. Currency, New York, NY, Zayas-Rojo, Moises, 12/08/06
07-DEA-477246, $6,608.00 U.S. Currency, Walhill, NY, King, Duane and Avant, Lonique M., 11/22/06
07-DEA-477312, $44,280.00 U.S. Currency, Bronx, NY, Park, Miori, 12/15/06
07-DEA-477460, $50,000.00 U.S. Currency, Yonkers, NY, Cruz-Soto, Jorge and Henry, Lennox, 12/18/06

WESTERN DISTRICT OF NEW YORK
07-DEA-477187, $55,855.00 U.S. Currency, Buffalo, NY, Jarrett, Randy and Jarrett, Catharine, 12/15/06
07-DEA-477342, $5,808.00 U.S. Currency, Niagara Falls, NY, Patterson III, Donald Ray AKA Andre III, Donald R. AKA Andre Martin III, Donald R. AKA Martin III, Donald R. AKA Martin, Andre AKA Patterson III, Donald D. AKA Patterson, Andre Martin AKA Patterson, Donnie AKA Patterson, Donnie Leadern AKA Patterson, Donnie Lodan AKA Patterson, Ladean, 12/13/06

NORTHERN DISTRICT OF OHIO
07-DEA-477218, $29,007.00 U.S. Currency, Cleveland, OH, Kerr, Carl AKA Kerr, Carl A. AKA Kerr, Carl Anthony AKA Kerr, Marlo, 12/05/06

SOUTHERN DISTRICT OF OHIO
06-DEA-467870, 2002 Volvo Tractor Truck, 4V4NC9RJ82N250528, Columbus, OH, Solis, Sergio Solis AKA Solis, Sergio, 04/28/06
07-DEA-478016, $8,392.00 U.S. Currency, Englewood, OH, Hendricks, Jessica D., 12/01/06
07-DEA-477228, 2000 Chevrolet Suburban, 3GNFK16T2YG130854, Columbus, OH, Green, Jermaine Kingsley AKA Green, Jermaine K., 12/13/06
07-DEA-477246, $9,860.00 U.S. Currency, Galloway, OH, Garcia-Valderrama, Enriqueta, 12/06/06

DISTRICT OF OREGON
07-DEA-476614, $16,300.00 U.S. Currency, Springfield, OR, Guzman, Juan Jose, 12/01/06
07-DEA-476865, $11,500.00 U.S. Currency, Klamath Falls, OR, Narvaez-Tellez, Eduardo AKA Tellez-Estrada, Hector, 12/21/06

EASTERN DISTRICT OF PENNSYLVANIA
07-DEA-476768, $356,290.00 U.S. Currency, Philadelphia, PA, Alelorro, Ricardo, 12/05/06
07-DEA-476792, Ingram Model MIOAI 9mm Pistol, Ser No S6033606, VL: $180.00, Philadelphia, PA, Henry, Todd, 12/05/06
07-DEA-477074, 1999 Freightliner Tractor, 1FUYSSZB3XPA16414, Broomall, PA, Petrosyan, Kirich, 11/30/06
07-DEA-477320, $18,637.00 U.S. Currency, Philadelphia, PA, Wells, Baron, 12/13/06
07-DEA-477379, $8,208.00 U.S. Currency, Allentown, PA, Rodriguez, Ariel, 12/05/06
07-DEA-477409, $6,000.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/06/06
07-DEA-477429, $881,326.00 U.S. Currency, Whitehall, PA, Codono, Jose, 12/05/06
07-DEA-477475, $17,700.00 U.S. Currency, Palmer Township, PA, Jimenez, Pedro, 12/05/06
07-DEA-477484, $2,184.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/05/06
07-DEA-477505, $52,320.00 U.S. Currency, Lancaster, PA, Delgado, Harry, 12/06/06
07-DEA-477518, $45,000.00 U.S. Currency, Allentown, PA, Minier, Juan, 12/12/06
07-DEA-477520, $4,142.00 U.S. Currency, Allentown, PA, Martinez-Basora, Alejandro, 12/05/06

MIDDLE DISTRICT OF PENNSYLVANIA
07-DEA-476737, Citizens Bank Account #6214209557, VL: $8,867.87, Clarks Summit, PA, Nguyen, Lan Thi and Nguyen, Hoan Van, 11/22/06
07-DEA-477152, Alliance Bank Account #499380, VL: $6,385.60, Broomall, PA, Huang, Lan Yong, 12/13/06
07-DEA-477153, Alliance Bank Account #407720, VL: $7,224.82, Broomall, PA, Huang, Lan Yong, 12/13/06

DISTRICT OF PUERTO RICO
07-DEA-477302, Cash/Currency in lieu of Two (2) Western Union Money Orders, VL: $2,000.00, Ser Nos 08-587874438; and 08-587874439, Carolina, PR, Rodriguez, Carlos and Mendoza, Emilia, 11/28/06

WESTERN DISTRICT OF TENNESSEE

477460