JAN-25-2007 16:11    FROM:WISEMAN&HOFFMANN    12126864766    TO: ▮▮▮▮▮▮▮    P.3

## CLAIM PURSUANT TO TITLE 18, U.S.C., SECTION 983(a)

Elvis Rodriguez, residing at ▮▮▮▮▮▮▮ Woodhaven New York 11421 swears under the pains and penalties of perjury to the following:

1. I am the lawful owner of property consisting of $60,000.00 dollars in United States Currency, which is described as follows in the forfeiture notice served by The U.S. Department of Justice Drug Enforcement Administration:

> Asset ID: 07-DEA-477460
> Case Number: C1-07-0045
> Property: $60,000.00 U.S. Currency
> Seizure Date: 12/18/06
> Seizure Place: Yonkers NY
> Owner: Elvis Rodriguez
> Seized From: Jorge Cruz-Soto and Lennox Henry

2. I have this day of January 25, 2007 retained the services of the following law firm to prosecute my claim for the return of these above described monies:

> Wiseman & Hoffmann
> 460 Park Avenue South, 4th floor
> New York, NY 10016
> (212) 686-2110

3. Due to previously scheduled travel plans of my attorney, Wayne B. Wiseman, I am filing the instant claim in summary fashion to be followed by supporting documentation describing the legitimate source of the monies seized, along with the the legitimate use(s) these monies were to be put, as well as the circumstances in which these monies came to be in possession of a certain vehicle owned by your affiant and operated and occupied by those named above.

4. I am informed by Mr. Wiseman that he will be out of the office on vacation from January 26th through February 4th, and accordingly out of an abundance of caution the

instant claim is filed now with documentation and additional affidavits in support of the claim to follow.

5.  I hereby designate the offices of Wiseman & Hoffmann at the address shown above as my agent for service of process in this matter, and I respectfully direct you to address all documents, letters and communication whatsoever to the attention of Wayne Wiseman, Esq. at the above law firm address.

_____
ELVIS RODRIGUEZ

Sworn to before me this 29th
of January, 2007

_____
Notary Public

MILLICET Y. SANCHEZ
Notary Public, State of New York
No. 01SA6139553
Qualified in New York County
Commission Expires Jan. 9, 2010

RECEIVED
ASSET FORFEITURE SECTION
2007 FEB -2  AM 11:38

2