**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2007

BY CERTIFIED MAIL
Wayne B. Wiseman, Esq.
Wiseman & Hoffman
460 Park Avenue South, 4th floor
New York, New York 10016

                Re:  United States v. $60,000
                      07 Civ. 3528

Dear Mr. Wiseman:

      This letter is to advise you that on May 2, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) as property involved in the proceeds of narcotics trafficking. A copy of the complaint in this action is enclosed.

      Should your client wish to contest the forfeiture, they must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, your clients must file their answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

                                          Respectfully,

                                          MICHAEL J. GARCIA
                                          United States Attorney
                                          Southern District of New York

                                      By: *[signature]*
                                          ANNA E. ARREOLA
                                          Assistant United States Attorney
                                          Tel. No.: (212) 637-2218

Enclosure

cc:    Elvis Rodriguez (By Mail)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Wayne B. Wiseman, Esq.
Street, Apt. No.; or PO Box No.: Wiseman & Hoffman
460 Park Avenue South, 4th floor
City, State, ZIP+ 4: New York, New York 10016

PS Form 3800, January 2001         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wayne B. Wiseman, Esq.
   Wiseman & Hoffman
   460 Park Avenue South, 4th floor
   New York, New York 10016

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): NEI LOPEZ    B. Date of Delivery: 5/7/07

C. Signature: X ___   ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 0360 0003 4412 4568

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0360 0003 4412 4551

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Elvis Rodriguez
Street, Apt. No.; or PO Box No.: [redacted]
City, State, ZIP+ 4: Woodhaven, New York 11421

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elvis Rodriguez
   [redacted]
   Woodhaven, New York 11421

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery

C. Signature
X *Elvis Rodriguez*    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: NY 11421 MAY 10 2007]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Copy from service label)*
   7001 0360 0003 4412 4551

PS Form 3811, July 1999    Domestic Return Receipt    07 CV 3528    102595-00-M-0952