## Service of Process:

1:07-cv-03528-CM United States of America v. $ 60,000.00
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Arreola, Anna on 9/6/2007 at 11:51 AM EDT and filed on 9/6/2007
**Case Name:** United States of America v. $ 60,000.00
**Case Number:** 1:07-cv-3528
**Filer:** United States of America
**Document Number:** 4

**Docket Text:**
SERVICE BY PUBLICATION. A Notice of Civil Forfeiture was published in the New York Law Journal on May 21, 2007. Document filed by United States of America. (Arreola, Anna)

**1:07-cv-3528 Notice has been electronically mailed to:**

Anna Elizabeth Arreola    anna.arreola@usdoj.gov, USANYS.ECF@USDOJ.GOV

**1:07-cv-3528 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/6/2007] [FileNumber=3750016-0]
[90d193ba52d6fb49292176ca695d1517322eb525fa83d14644a99361531f49659b14
cc2491018346207c7a95ac4c583b58bb550ed985420cb929629c3eba2db1]]

U.S. ATTORNEY COPY

## STATE OF NEW YORK
### County of New York, s:

**USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — On May 2, 2007, the United States of America commenced a civil action demanding forfeiture, pursuant to 21 U.S.C. §881(a)(6), of $60,000.00 in United States Currency. 07Civ.3528

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by June 22, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated: New York, New York May, 2007

MICHAEL J. GARCIA
U.S. Attorney/SDNY

JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

834637                    my21-1t

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 21st day of May, 2007.

TO WIT: MAY 21, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 21st day
Of May, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

RECEIVED