CERTIFICATE OF SERVICE

I, Corinne L. Scalogna, affirm, under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On June 5, 2008, a copy of the Notice of Motion for Entry of a Default Judgment, the Government's Declaration in Support of Default Judgment and accompanying exhibits, the proposed Default Judgment, and the Clerk's Certification, in the case of United States v. $60,000 in United States Currency, No. 07 Civ. 3528 (CM), were sent, by certified mail, return receipt requested, to:

> Wayne B. Wiseman, Esq.
> Wiseman & Hoffman
> 460 Park Avenue South, 4th floor
> New York, New York 10016
>
> Elvis Rodriguez
> ███████████
> Woodhaven, New York 11421

Executed on:    June 5, 2008
                New York, New York

_____
CORINNE L. SCALOGNA