MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

        Plaintiff,          :

        - v -               :     DEFAULT JUDGMENT
                                  07 Civ. 3528 (CM)
$60,000.00 IN UNITED STATES         :
CURRENCY,
                            :

        Defendant-in-rem.   :
------------------------------------x

    WHEREAS, on May 2, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem (the "Defendant Currency") by the filing of a verified complaint;

    WHEREAS, on or about May 3, 2007, notice of the verified complaint was sent by certified mail to Elvis Rodriguez ("Rodriguez") at 85-27 79th Street, Woodhaven, New York 11421 and his attorney, Wayne B. Wiseman, Esq., Wiseman & Hoffman at 460 Park Avenue South, 4th Floor, New York, New York 10016;

    WHEREAS, Rodriguez is the only person known by the Government to have a potential interest in the Defendant Currency;

WHEREAS, notice of the verified complaint and *in rem* warrant against the Defendant Currency was published in the New York Law Journal on May 21, 2007, and proof of such publication was filed with the Clerk of this Court on September 6, 2007;

WHEREAS, notice of nonjudicial forfeiture of the same property was also published in the Wall Street Journal on January 29, 2007, February 5, 2007, and February 12, 2007;

WHEREAS, no claims or answers have been filed or made in this judicial forfeiture action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Michel J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Anna E. Arreola, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant Currency.

2. The Defendant Currency be, and the same hereby is, forfeited to the plaintiff United States of America.

3. The United States Marshals Service shall dispose of the Defendant Currency according to law.

Dated:  New York, New York
        June 4, 2008
        August

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE